STEPTOE & JOHNSON LLP
Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310-734-3300
Email: mneubauer@steptoe.com
Email: bedelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.,
an Indiana Corporation

E-FILING
FILED
SEP 10 P 2:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GAULT SOUTH BAY, INC., a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual

Plaintiffs,

vs.

DEPUY ORTHOPAEDICS, INC., an Indiana Corporation

Defendant.

CASE NO. C07 04659 RS

DEFENDANT DEPUY ORTHOPAEDICS, INC.'S CERTIFICATION OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

BY FAX

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| DESCRIPTION | CONNECTION |
|---|---|
| Bob Gault, an individual | named Plaintiff |
| Gault South Bay, Inc., a California Corporation | named Plaintiff |
| Candice Polich, an individual | named Plaintiff |
| DePuy Orthopaedics, Inc., an Indiana corporation and a Johnson & Johnson–affiliated company. | named Defendant |
| DePuy, Inc., a Delaware corporation | DePuy Orthopaedics, Inc.'s parent company, which owns all of DePuy Orthopaedics, Inc.'s stock. |

DATED: September 10, 2007    STEPTOE & JOHNSON LLP
MARK A. NEUBAUER
REBECCA EDELSON

By /s/ Rebecca Edelson
REBECCA EDELSON
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC., an Indiana Corporation

DEFT. DEPUY ORTHOPAEDICS, INC.'S CERTIFICATION
OF INTERESTED PARTIES AND DISCLOSURE STATEMENT    Case No.: _____
Doc. # CC-166023 v.1