1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles  CA  90067
   Telephone:  (310) 734-3200
4  Facsimile:   (310) 734-3300
   Email: mneubauer@steptoe.com
5  Email: redelson@steptoe.com

6  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.,
7  an Indiana corporation

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 GAULT SOUTH BAY, INC., a            CASE NO. C07 04659 RS
   California Corporation, BOB
13 GAULT, an individual, and
   CANDICE POLICH, an individual       NOTICE OF WHETHER THERE
14                                     ARE RELATED CASES BY
                                       DEFENDANT DEPUY
15           Plaintiffs,                ORTHOPAEDICS, INC. [LOCAL
16     vs.                             RULE 3-12]

17 DEPUY ORTHOPAEDICS, INC.,
   an Indiana Corporation              BY FAX
18
19           Defendant.
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOTICE OF WHETHER THERE ARE RELATED CASES    Case No.: _____
                                             Doc. # CC-165827 v.1

| | |
|---|---|
| 1 | **TO PLAINTIFF AND HIS COUNSEL OF RECORD:** |
| 2 | The undersigned, counsel of record for Defendant DePuy Orthopaedics, Inc., gives |
| 3 | notice that said Defendant is unaware of any "related cases" as defined by Local Rule |
| 4 | 3-12. |

Restfully submitted:

DATED: September 10, 2007    STEPTOE & JOHNSON LLP

MARK A. NEUBAUER
REBECCA EDELSON

By _/s/ Rebecca Edelson_
   REBECCA EDELSON
   Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.

- 1 -
NOTICE OF WHETHER THERE ARE RELATED CASES    Case No.: _____

Doc. # CC-165827 v.1