```
STEPTOE & JOHNSON LLP
Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: 310-734-3200
Facsimile: 310-734-3300
Email: mneubauer@steptoe.com
Email: bedelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.,
an Indiana Corporation
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GAULT SOUTH BAY, INC., a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation<br><br>Defendant. | CASE NO. 5:07-cv-04659-RS<br><br>**CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL ON PARTIES IN STATE COURT ACTION** |

I, MARIA RODRIGUEZ, hereby certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067, where the mailing described below took place.

3. On September 10, 2007, I caused to be deposited in the United States Mail and served upon Plaintiffs' counsel in this case, Tory E. Griffin, DOWNEY BRAND LLP, 555 Capitol Mall, Tenth Floor, Sacramento, CA, 95814-4686, a true and correct copy of the Notice of Filing of Removal of Action to United

---

1
CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL ON PARTIES IN STATE COURT ACTION
CASE NO.: 5:07-cv-04659-RS
Doc. # CC-166012

1  States District Court for the Northern District of California, which I caused to be
2  filed with the Superior Court for the State of California for the County of Santa
3  Clara on September 11, 2007 and which includes the Notice of Removal filed in
4  the United States District Court for the Northern District of California on
5  September 10, 2007. True and correct copies of the Notice of Removal and the
6  Notice of Filing of Removal of Action to the United States District Court for the
7  Northern District of California are attached hereto as Exhibits "1" and "2."
8  respectively.
9      4.    On September 11, 2007, I also caused to be deposited in the United
10 States Mail and served upon Plaintiffs' counsel in this case, Tory E. Griffin,
11 DOWNEY BRAND LLP, 555 Capitol Mall, Tenth Floor, Sacramento, CA,
12 95814-4686, true and correct copies of the following documents for this action:
13     Civil Cover Sheet,
14     Certification of Interested Parties and Disclosure Statement,
15     Notice of Whether There Are Related Cases,
16     Order Setting Initial Case Management Conference and ADR Deadlines,
17     Standing Order Regarding Case Management in Civil Cases,
18     Standing Order re: Initial Case Management,
19     Standing Order re: Contents of Joint Case Management Statement,
20     Welcome to USDC Northern Dist. Of California Clerk's Office San Jose
21     Division,
22     USDC San Jose Division Hearing Schedules,
23     Notice of Assignment of Case to United States Magistrate Judge,
24     Consent to Proceed Before A United States Magistrate Judge,
25     Declination to Proceed Before a United States Magistrate Judge and
26     Request for Reassignment to United States District Judge,
27     ECF Registration Handout,
28     Notice of Electronic Availability of Case Information,

1. General Order No. 53 (Privacy),
2. General Order No. 40 (Prohibition of Bias),
3. General Order No, 45 (Electronic Case Filing),
4. Notice of Lawsuit and Request for Wavier of Service of Summons,
5. Waiver of Service of Summons,
6. Instructions for Completion of ADR Forms re: Selection of an ADR
7. Process,
8. ADR Certification by Parties and Counsel,
9. Stipulation and [Proposed] Order Selecting ADR Process,
10. Notice of Need for ADR Phone Conference, and
11. Order of the Chief Judge In Re: Electronic Filing In Cases With
12. Unrepresented Parties.

True and correct copies of these documents listed above are attached hereto as Exhibit "3."

I certify and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 11, 2007.

_____
Maria Rodriguez

---

3
CERTIFICATION OF SERVICE OF NOTICE OF REMOVAL ON PARTIES IN STATE COURT ACTION
CASE NO.: 5:07-cv-04659-RS
Doc. # CC-166012