DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Plaintiffs GAULT SOUTH BAY and BOB GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GAULT SOUTH BAY, INC., a California Corporation, BOB GAULT, and CANDICE POLICH, <br><br>Plaintiff, <br><br>v. <br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation, <br><br>Defendant. | Case No. 5:07-cv-04659-RS <br><br>**EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION** <br><br>Date for Hearing on Application for TRO: TBD |
|---|---|

Pursuant Local Rules 7-10 and 65-1, Plaintiffs Bob Gault ("Gault") and Gault South Bay Inc. ("GSB") (collectively, "Plaintiffs"), hereby move ex parte for a temporary restraining order enjoining litigation of a mirror-image action filed by Defendant DePuy Orthopaedics Inc. ("DePuy") in the United States District Court, District of Indiana, (the "Indiana Action"), in deference to this earlier-filed action pending before the Court (the "California Action").

Specifically, Plaintiffs respectfully request that the Court issue a temporary restraining order enjoining DePuy from litigating the Indiana Action until the earlier of (1) this Court entering judgment in the California Action, or (2) this Court issuing an order granting DePuy's anticipated motion to dismiss based on Rule 12(b)(3) or motion to transfer venue. If this Court ultimately denies DePuy's anticipated motion to dismiss and/or transfer, then Plaintiffs request that the Court

1

APPLICATION FOR TRO AND MOTION FOR PRELIMINARY INJUNCTION

1  enjoin DePuy from litigating the Indiana Action at least until judgment has been entered in this
2  action.
3  **Plaintiffs request that the Court conduct a hearing on the Ex Parte Application for
4  Temporary Restraining Order as soon as practicable, but in no event later than Friday,
5  September 14, 2007,** given that DePuy has filed a motion for temporary restraining order in the
6  Indiana Action seeking to enjoin Plaintiffs from competing with DePuy, and the Indiana court has
7  scheduled a hearing on that motion for September 17, 2007, at 1:30 p.m. Eastern time. This
8  court's immediate intervention is necessary to ensure that Plaintiffs are not immediately and
9  irreparably prejudiced by being forced to defend themselves in Indiana and potentially being
10 subject to a temporary restraining order, under threat of contempt and in contravention of
11 California law, while they seek to unravel the procedural mess created by DePuy. Absent this
12 court's immediate intervention, DePuy threatens to undermine the jurisdiction of this court.
13     Plaintiffs further request that the Court ultimately convert the requested temporary
14 restraining order into a preliminary injunction.
15     Pursuant to Locale Rule 65-1(c), Plaintiffs also request that the Court issue DePuy an
16 order to show cause fixing the time for a hearing on the Motion for a Preliminary Injunction.
17     The Ex Parte Application for a Temporary Restraining Order and Motion for a
18 Preliminary Injunction will be based on the Memorandum of Points and Authorities and
19 Declaration of Tory E. Griffin that have been concurrently filed herewith. The Application and
20 Motion will also be based on the complete file on record in this action, any reply papers filed in
21 support of the Application or the Motion, and on any further evidence and argument as may be
22 presented at the time of the hearings.
23
24 DATED: September 12, 2007          DOWNEY BRAND LLP
25
                                     By:_____/s/ Tory E. Griffin_____
26                                        TORY E. GRIFFIN
                                          Attorney for Plaintiffs
27                                        GAULT SOUTH BAY, INC. and BOB GAULT
28

876378.1                             2
APPLICATION FOR TRO AND MOTION FOR PRELIMINARY INJUNCTION