1  DOWNEY BRAND LLP
   TORY E. GRIFFIN (Bar No. 186181)
2  MEGHAN M. BAKER (Bar No. 243765)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   mbaker@downeybrand.com
5  tgriffin@downeybrand.com

6  Attorneys for Plaintiffs GAULT SOUTH BAY, INC.
   and BOB GAULT

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  GAULT SOUTH BAY, INC., a California          Case No.  5:07-cv-04659-RS
    Corporation, BOB GAULT, and
13  CANDICE POLICH,                              **DECLARATION OF TORY E. GRIFFIN
                                                 IN SUPPORT OF EX PARTE
14                 Plaintiff,                    APPLICATION FOR A TEMPORARY
                                                 RESTRAINING ORDER AND MOTION
15  v.                                           FOR A PRELIMINARY INJUNCTION**

16  DEPUY ORTHOPAEDICS, INC., an
    Indiana Corporation,
17
                   Defendant.
18

19  I, Tory E. Griffin, hereby declare as follows:

20         1.     I am an attorney licensed to practice law in the State of California, and am a

21  partner at Downey Brand LLP, attorneys of record for Plaintiffs Bob Gault and Gault South Bay

22  Inc. (collectively "Plaintiffs").  I have personal knowledge of the facts set forth herein and, if

23  called to testify, I could and would testify competently to the contents hereof.

24         2.     On August 24, 2007, Plaintiffs filed a Complaint against DePuy Orthopaedics Inc.

25  ("DePuy") in the Superior Court of California, County of Santa Clara (the "California Action").

26  A true and correct copy of the Complaint filed in the California Action has been attached hereto

27  as **Exhibit 1**.

28  ////

3.    On September 10, 2007, DePuy removed the California Action to the United States District Court, Northern District of California.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 2.**

4.    On September 11, 2007, two weeks after Plaintiffs filed the California Action, DePuy filed a Complaint against Bob Gault and Gault South Bay Inc. in the United States District Court, District of Indiana (the "Indiana Action").   A true and correct copy of the Complaint filed in the Indiana Action has been attached hereto at **Exhibit 3**.

5.    On the same day that DePuy filed the Indiana Action, it also filed a Motion for a Temporary Restraining Order and Preliminary Injunction.  A true and correct copy of the Motion for a Temporary Restraining Order and Preliminary Injunction, as well as the Points and Authorities filed in support of the Motion, has been attached hereto as **Exhibit 4**.

6.    I am informed and believe that the Indiana court has not issued an order on the Motion for a Temporary Restraining Order and Preliminary Injunction as of the date of this Declaration.  Indiana counsel for DePuy, Mr. Kendall Millard, sent me an email on September 12, 2007, informing me that the Indiana court has scheduled a hearing on the Motion for next Monday, September 17, 2007, at 1:30 pm.  A true and correct copy of the email I received from Ms. Millard  has been attached hereto as **Exhibit 5**.  In addition, the civil docket in the Indiana Action states that the Motion has been set for hearing on September 17, 2007, at 1:30 p.m. Eastern time.   A true and correct copy of the Indiana Action civil docket printed from Pacer showing the scheduled hearing has been attached hereto as **Exhibit 6**.

7.    Attached hereto as **Exhibit 7** is a true and correct copy of a complaint filed by DePuy against two of its former sales representatives on August 14, 2007.   DePuy filed the complaint in Indiana state court, notwithstanding the fact that paragraph 16 of the contract attached to the complaint contains a New Jersey forum-selection clause.

/ / /

/ / /

/ / /

/ / /

876246.1

2

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.  Executed this 12th day of September, 2007, at Sacramento,

3  California.

4

5

6                                     By: _____/s/ Tory E. Griffin_____
                                                TORY E. GRIFFIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF TORY GRIFFIN IN SUPPORT OF APPLICATION FOR TRO AND MOTION FOR PRELIM. INJUNCTION