**EXHIBIT 5**

## Griffin, Tory

| | |
|---|---|
| **From:** | Kendall Millard [kendall.millard@BTLaw.com] |
| **Sent:** | Wednesday, September 12, 2007 8:29 AM |
| **To:** | Griffin, Tory |
| **Cc:** | Dwight Lueck |
| **Subject:** | DePuy v. Gault * TRO hearing |

Tory,

The judge has scheduled a hearing on our TRO motion for next Monday, September 17, at 1:30 pm, to last up to 2 hours. I understand the judge anticipates an in-person appearance by the parties.

Kendall

Kendall Millard
Attorney
BARNES & THORNBURG LLP
11 South Meridian
Indianapolis, IN 46204
Phone: (317) 231-7461
Fax: (317) 231-7433
kendall.millard@btlaw.com

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.