**EXHIBIT 6**

CASREF

# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (South Bend)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00425-RLM-CAN

DePuy Orthopaedics Inc v. Gault South Bay Inc et al
Assigned to: Judge Robert L Miller Jr
Referred to: Magistrate Judge Christopher A Nuechterlein
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 09/11/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**DePuy Orthopaedics Inc**    represented by    **D Michael Anderson**
Barnes & Thornburg LLP - SB/IN
600 1st Source Bank Center
100 N Michigan Street
South Bend, IN 46601-1632
574-233-1171
Fax: 574-237-1125
Email: mike.anderson@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight D Lueck**
Barnes & Thornburg LLP - Ind/IN
11 S Meridian Street Suite 1313
Indianapolis, IN 46204-3535
317-231-7713
Fax: 317-231-7433
Email: Dwight.Lueck@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gault South Bay Inc**

**Defendant**

**Robert Gault**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 | 1 | COMPLAINT against Gault South Bay Inc, Robert Gault (Filing fee $ 350.) Receipt #3337398, filed by DePuy Orthopaedics Inc. (Attachments: # 1Exhibit A), Civil Cover Sheet(sdf) (Entered: 09/11/2007) |
|  |  |  |

| 09/11/2007 | 2 | Summons Issued as to Gault South Bay Inc, Robert Gault. (sdf) (Entered: 09/11/2007) |
| --- | --- | --- |
| 09/11/2007 | 3 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Plaintiff DePuy Orthopaedics Inc. (Attachments: # 1 Memorandum in Support# 2 Affidavit of Bradford C. LaPoint# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Affidavit of Kendall Millard)(sdf) (Entered: 09/11/2007) |
| 09/12/2007 | 4 | NOTICE of Hearing on Motion 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction : Motion Hearing set for 9/17/2007 01:30 PM in South Bend before Chief Judge Robert L Miller Jr. (arl) (Entered: 09/12/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/12/2007 13:01:56 | | | |
| PACER Login: | db0081 | Client Code: | 38116.00002 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00425-RLM-CAN |
| Billable Pages: | 1 | Cost: | 0.08 |