1   DOWNEY BRAND LLP
    TORY E. GRIFFIN (Bar No. 186181)
2   MEGHAN M. BAKER (Bar No. 243765)
    555 Capitol Mall, Tenth Floor
3   Sacramento, CA 95814-4686
    Telephone: (916) 444-1000
4   Facsimile: (916) 444-2100
    mbaker@downeybrand.com
5   tgriffin@downeybrand.com

6   Attorneys for Plaintiffs GAULT SOUTH BAY, INC.
    and BOB GAULT
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  GAULT SOUTH BAY, INC., a California      Case No.  5:07-cv-04659-RS
    Corporation, BOB GAULT, and
13  CANDICE POLICH,                          **[PROPOSED] ORDER GRANTING EX
                                             PARTE APPLICATION FOR A
14              Plaintiff,                    TEMPORARY RESTRAINING ORDER**

15  v.                                       Date for Hearing on Application for TRO: TBD

16  DEPUY ORTHOPAEDICS, INC., an
    Indiana Corporation,
17
                Defendant.
18

19          The Ex Parte Application by Plaintiffs for a Temporary restraining Order came before the

20  Court on September __, 2007, at ___ a.m./p.m. in the San Jose Division of the above-entitled

21  Court.   The Application having been considered and proof being made to the satisfaction of the

22  Court, the Application for temporary restraining order is hereby GRANTED.  Defendant DePuy

23  Orthopaedics Inc. is hereby enjoined from litigating the Indiana Action until the earlier of (1) this

24  Court entering judgment in the California Action, or (2) this Court issuing an order granting

25  DePuy's anticipated motion to dismiss based on Rule 12(b)(3), or motion to transfer venue.

26          The Court hereby issues DePuy an order to show cause fixing the time for a hearing on the

27  Motion for a Preliminary Injunction for _____, 2007, at ___ a.m./p.m. in the San Jose

28  Division of the above-entitled Court.

876386.1                                  1

1          A copy of this Temporary Restraining Order and Order to Show Cause, as well as all

2    supporting pleadings and papers, shall be severed on DePuy no later than _____, 2007.

3          IT IS SO ORDERED.

4

5    DATED: _____      SIGNED:_____

6                                   JUDGE OF THE UNITED STATES
                                     DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

876386.1

2