1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles  CA  90067
   Telephone:   (310) 734-3200
4  Facsimile:    (310) 734-3300
   Email: mneubauer@steptoe.com
5  Email: redelson@steptoe.com

6  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.,
7  an Indiana corporation

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| GAULT SOUTH BAY, INC. a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation,<br><br>Defendants. | CASE NO. 5:07-cv-4659-RS<br><br>**NOTICE OF ERRATA RE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) BY DEFENDANT DEPUY ORTHOPAEDICS, INC.** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFFS GAULT SOUTH BAY, INC., BOB GAULT AND CANDICE POLICH AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant DePuy Orthopaedics, Inc.'s September 10, 2007 Notice of Removal of Action under 28 U.S.C. § 1441(b) inadvertently failed to include Exhibit "A" to the Complaint, attached as Exhibit 1 to the Notice of Removal.

Defendant DePuy Orthopaedics, Inc. files herewith as Exhibit 1 hereto the Complaint including its previously omitted Exhibit "A".

1   Defendant will give notice of the filing of this Notice of Errata to the Clerk
2   of the Superior Court of the State of California for the County of Santa Clara.
3   Defendant's counsel apologizes for the error.

5   DATED: September 12, 2007   STEPTOE & JOHNSON LLP

6   MARK A. NEUBAUER
7   REBECCA EDELSON

9   By  /s/ Rebecca Edelson
          REBECCA EDELSON
10      Attorneys for Defendant
        DEPUY ORTHOPAEDICS, INC.

- 2 -
**NOTICE OF ERRATA RE: NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) BY DEF. DEPUY ORTHOPAEDICS, INC.**
CASE NO. 5:07-cv-04659-RS
Doc. # CC-166289 v.1