1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  GAULT SOUTH BAY, INC., a California           No. C  v-04659-RS
   Corporation, BOB GAULT, and CANDICE
10 POLICH                              ✚        **CONSENT TO PROCEED BEFORE A**
           Plaintiff(s),                        **UNITED STATES MAGISTRATE JUDGE**
11
       v.
   DEPUY ORTHOPAEDICS, INC., an Indiana
12 Corporation,

13         Defendant(s).
                                          /
14

15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: September 12, 2007                    _____
                                               Signature

22
                                               Counsel for  Plaintiffs
23                                             (Plaintiff, Defendant or indicate "pro se")

24

25

26

27

28