1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles  CA  90067
   Telephone:  (310) 734-3200
4  Facsimile:   (310) 734-3300
   Email: mneubauer@steptoe.com
5  Email: redelson@steptoe.com

6  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.,
7  an Indiana corporation

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12

| | |
|---|---|
| 13  GAULT SOUTH BAY, INC. a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation,<br><br>Defendants. | CASE NO. 5:07-cv-04659-JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEPUY ORTHOPAEDICS, INC.'S OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:     TBD |

21      **TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND**

22  **TO THEIR ATTORNEYS OR RECORD:**

23      **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence,

24  Rule 201, defendant DePuy Orthopaedics, Inc. ("DePuy") respectfully requests

25  that the Court take judicial notice of the following documents:

26      / / /

27      / / /

28      / / /

1  **Exhibit 1**:  From the case <u>E-Z Dun Services, LLC, et al. v. DePuy
2  Orthopaedics, Inc., et al</u>, United States District Court, Central District of
3  California, Case No. CV 06-3266-RGK (RZx):
4  • June 29, 2006 Order re Defendants' Motion to Dismiss Plaintiff's
5  First Through Fourth Claims for Relief for Improper Venue, or in
6  the Alternative, to Transfer (DE 8);
7  **Exhibit 2**:  From the case <u>DePuy Orthopaedics, Inc. v. Gault South
8  Bay, Inc., et al</u>, United States District Court, Northern District of Indiana, South
9  Bend Division, Case No. 3:07CV0425RM, documents filed September 11, 2007:
10 • Motion for Temporary Restraining Order and Preliminary
11   Injunction;
12 • Memorandum of Law in Support of Plaintiff's Motion for
13   Temporary Restraining Order and Preliminary Injunction;
14 • Affidavit of Bradford C. Lapoint – and Exhibits A, B and C
15   thereto;
16 • Affidavit of Jake Daneman;
17 • Affidavit of Kendall Millard – and Exhibits A and B thereto; and
18 • Temporary Restraining Order.
19 **Exhibit 3**:  From the instant case, filed September 11, 2007:
20 • Notice of Pendency of Other Action by Defendant DePuy
21   Orthopaedics, Inc. [Local Rule 3-13].
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

True and correct copies of these documents are attached hereto and incorporated herein by this reference.

DATED: September 14, 2007       STEPTOE & JOHNSON LLP

MARK A. NEUBAUER
REBECCA EDELSON

By   /s/ Rebecca Edelson
           REBECCA EDELSON
       Attorneys for Defendant
       DEPUY ORTHOPAEDICS, INC.