1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for
   CANDICE POLICH
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

| | |
|---|---|
| GAULT SOUTH BAY, INC., a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation,<br>Defendants. | Case No.  5:07-cv-04659-JW<br><br>**REQUEST FOR DISMISSAL OF CANDICE POLICH**<br>  **[Fed.R.Civ.P. 41(a)(i)]**<br><br>Complaint Filed:    August 24, 2007<br>Trial Date:            None Set |

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, purported plaintiff Candice Polich hereby voluntarily dismisses the Complaint in the above-captioned action insofar as maintained by her. As reflected by her declaration served and filed herewith, Ms. Polich did not engage plaintiff counsel Downey Brand to represent her, nor did Ms. Polich authorize plaintiff counsel to file this action on her behalf. Further, because the adverse party, defendant Depuy Orthopaedics, Inc., has not filed an answer or motion for summary judgment, Ms. Polich is entitled to voluntarily dismiss the action without a court order or stipulation from other parties. Fed.R.Civ.P. 41(a)(i).

Dated: September 14, 2007

BERGESON, LLP

By: _____/s/_____

Donald P. Gagliardi

Attorneys for
CANDICE POLICH