1  request, to which I reiterated that I was not interested in participating in a lawsuit against DePuy.
2  I have not spoken to Mr. Gault about the matter since.

3    6.    Based on the foregoing, I believe that both Mr. Griffin and Mr. Gault were at all
4  relevant times fully aware that my inclusion as a purported plaintiff in this litigation was without
5  my authorization.

6    I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct and that this declaration was executed this 14th day of September
8  2007 at San Jose, California.

_____
Candice Polich