United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gault South Bay, Inc., et al., | NO. C 07-04659 JW |
| Plaintiffs, | **ORDER DENYING APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| DePuy Orthopaedics, Inc., et al., | |
| Defendants. | |

Bob Gault and Gault South Bay Inc. (collectively, "Plaintiffs") move *ex parte* for a temporary restraining order enjoining Defendant DePuy Orthopaedics Inc. ("DePuy") from litigating a second filed action in the United States District Court for the District of Indiana under Local Rules 7-10 and 65-1. (See Docket Item Nos. 7-8.) The subject matter of the dispute involves surviving non-compete provisions of a contract between the parties that was terminated on August 24, 2007, by DePuy.

The Court DENIES Plaintiffs' motion for a temporary restraining order without prejudice because there is already a hearing scheduled before Judge Robert Miller of the Northern District of Indiana on DePuy's motion for a temporary restraining order, currently set for September 17, 2007.

Dated: September 14, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark A. Neubauer mneubauer@steptoe.com
Rebecca Edelson bedelson@steptoe.com
Tory Edward Griffin tgriffin@downeybrand.com

**Dated: September 14, 2007**              **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California