**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7  GAULT SOUTH BAY, INC.,                          No. C 07-04659 JW
8              Plaintiff(s),
                                                   CLERK'S NOTICE
9         v.
10 DEPUY ORTHOPAEDICS, INC.,
11             Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT the Case Management Conference previously noticed for January 2,
16
   2008 at 2:30 PM before Magistrate Judge Seeborg, has been reset to **January 7, 2008 at 10:00 AM**
17
   **before Judge James Ware,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.
18
19
   Dated:  September 14, 2007
20                                                 FOR THE COURT,
                                                   Richard W. Wieking, Clerk
21
22
                                                   by:  _____/s/_____
23                                                      Elizabeth Garcia
                                                        Courtroom Deputy
24
25
26
27
28