Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GAULT SOUTH BAY, INC. a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual,

Plaintiff,

vs.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation,

Defendants.

CASE NO. 5:07-cv-04659-JW

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT UNDER F.R.C.P. 12(B)(3) OR, ALTERNATIVELY, DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(A)**

[Motion to Dismiss/Transfer and Request for Judicial Notice filed concurrently herewith]

Date: October 22, 2007
Time: 9:00 a.m.
Courtroom: 8 (Hon. James Ware)
Discovery Cutoff: Not Set
Motion Cutoff: Not set
Trial Date: Not set

Defendant DePuy Orthopaedics, Inc.'s ("Defendant") Motion to Dismiss the Complaint of Plaintiffs Gault South Bay, Inc. and Bob Gault ("Plaintiffs") under F.R.C.P. 12(b)(3) or, alternatively, Motion to Transfer Venue Under 28 U.S.C. § 1406(a) came on regularly for hearing on October 22, 2007. Mark A. Neubauer, Esq., Steptoe & Johnson LLP, appeared as counsel for Depuy, and Tory E. Griffin, Downey Brand, LLP appeared

as counsel for Plaintiffs. Having read and considered the papers and argument in support of and in opposition to the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

☐ Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) is GRANTED. Defendant's Motion to Transfer Venue is denied as moot. Each party shall bear its own costs.

☐ Defendant's Motion to Transfer Venue pursuant to 28 U.S.C. § 1406(a) is granted. The instant action is ordered transferred to the United States District Court for the Northern District of Indiana. Defendant's Motion to Dismiss the Complaint is denied as moot.

**SO ORDERED:**

DATED: __________ By______________________________

The Honorable James Ware

United Stated District Court Judge

Submitted by:

STEPTOE & JOHNSON LLP

By s/s Rebecca Edelson

Rebecca Edelson, Esq.
Attorneys for Defendant
DePuy Orthopaedics Inc.