UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAULT SOUTH BAY, INC., | No. C 07-04659 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| DEPUY ORTHOPAEDICS, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss Complaint or Transfer Venue before Judge James Ware previously noticed for October 22, 2007 at 9:00 AM, has been reset to **December 3, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 19, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy