**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JOHN W. FOWLER, Bar No. 037463
   jfowler@be-law.com
3  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  Attorneys for
   CANDICE POLICH

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION

| | |
|---|---|
| GAULT SOUTH BAY, INC., a California Corporation, BOB GAULT, an individual, and CANDICE POLICH, an individual<br><br>                        Plaintiff,<br><br>        vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation,<br>                        Defendants. | Case No.  5:07-cv-04659-JW<br><br>**REQUEST FOR DISMISSAL OF CANDICE; ORDER OF DISMISSAL OF PLAINTIFF CANDICE POLICH**<br><br><br>Complaint Filed:    August 24, 2007<br>Trial Date:              None Set |

1   Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, purported plaintiff Candice Polich hereby voluntarily dismisses the Complaint in the above-captioned action insofar as maintained by her.  As reflected by her declaration served and filed herewith, Ms. Polich did not engage plaintiff counsel Downey Brand to represent her, nor did Ms. Polich authorize plaintiff counsel to file this action on her behalf.   Further, because the adverse party, defendant Depuy Orthopaedics, Inc., has not filed an answer or motion for summary judgment, Ms. Polich is entitled to voluntarily dismiss the action without a court order or stipulation from other parties. Fed.R.Civ.P. 41(a)(i).

Dated:  September 14, 2007                    BERGESON, LLP


                                              By:  _____/s/_____
                                                   Donald P. Gagliardi

                                              Attorneys for
                                              CANDICE POLICH


**ORDER**

Pursuant to the above Request for Dismissal in accordance with Fed. R. Civ. P. 41(a)(i), the Court orders the Clerk to remove Plaintiff Candice Polich from the above entitled action. Future filings shall not contain Candice Polich's name in the caption.

Dated:  September 21, 2007                    _____/s/ James Ware_____
                                              JAMES WARE
                                              United States District Judge