DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Plaintiffs GAULT SOUTH BAY, INC.
and BOB GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GAULT SOUTH BAY, INC., a California Corporation, and BOB GAULT, Plaintiff, v. DEPUY ORTHOPAEDICS, INC., an Indiana Corporation, Defendant. | Case No. 5:07-cv-04659-RS<br><br>**DECLARATION OF TORY E. GRIFFIN IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Date: December 3, 2007 |
|---|---|

I, Tory E. Griffin, hereby declare as follows:

1.   I am an attorney licensed to practice law in the State of California, and am a partner at Downey Brand LLP, attorneys of record for Plaintiffs Bob Gault ("Gault") and Gault South Bay Inc. ("GSB"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently to the contents hereof.

2.   On August 24, 2007, Gault and GSB filed a Complaint against DePuy Orthopaedics Inc. ("DePuy") in the Superior Court of California, County of Santa Clara (the "California Action"). A true and correct copy of the Complaint filed in the California Action has been attached hereto as **Exhibit 1**.

////

890270.1

1

DECLARATION OF T. GRIFFIN

3.  On September 10, 2007, DePuy removed the California Action to the United States District Court, Northern District of California.

4.  On September 11, 2007, two weeks after Plaintiffs filed the California Action, DePuy filed a Complaint against Gault and GSB in the United States District Court, District of Indiana (the "Indiana Action"). A true and correct copy of the Complaint filed in the Indiana Action has been attached hereto at **Exhibit 2**.

5.  On September 24, 2007, Gault filed a motion to dismiss in the Indiana Action based on a lack of personal jurisdiction as well as a motion to dismiss for improper venue. On the same day, GSB and Gault (in the alternative to his motions to dismiss) moved to transfer the action to the Northern District of California or to stay the Indiana Action pending resolution of the California Action. A true and correct copy of the docket in the Indiana Action as of November 13, 2007, has been attached hereto at **Exhibit 3**. Gault filed a declaration in support of his motions, a true and correct copy of which has been attached as **Exhibit 4**.

6.  On October 12, 2007, DePuy filed oppositions to the motions to dismiss for lack of personal jurisdiction, to dismiss for improper venue, to transfer to the Northern District of California, and/or to stay the Indiana Action. A true and correct copy of DePuy's Opposition to Gault's Motion to Dismiss for Improper Venue, or Alternatively, to Transfer Pursuant to 28 U.S.C. § 1404, or to Stay, has been attached hereto as **Exhibit 5**.

7.  On November 13, 2007, the Indiana Court issued an Order on the motions to dismiss for lack of personal jurisdiction, to dismiss for improper venue, to transfer to the Northern District of California, and/or to stay the Indiana Action. A true and correct copy of that Order has been attached hereto as **Exhibit 6**.

8.  DePuy has recently been involved in litigation similar to the California Action that also involved a dispute over an Indiana forum selection clause. In a case before the Eastern District of California, *Mahoney v. DePuy Orthopaedics, Inc.*, Case No. 07-cv-01321, DePuy simply filed its motion to dismiss for improper venue or, alternatively, to transfer the action to Indiana under 28 U.S.C. § 1406. DePuy did not file a separate action in Indiana as it did in the instant case. On November 8, 2007, the court issued its order on the motion, a true and correct

1  copy of that Order has been attached hereto as **Exhibit 7**.

2      I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct. Executed this 13th day of November, 2007, at Sacramento,
4  California.

6                                              By:    /s/ Tory E. Griffin
                                                                     TORY E. GRIFFIN

890270.1                                          3

DECLARATION OF T. GRIFFIN