**EXHIBIT 3**

CASREF, TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00425-RLM-CAN

DePuy Orthopaedics Inc v. Gault South Bay Inc et al
Assigned to: Judge Robert L Miller Jr
Referred to: Magistrate Judge Christopher A Nuechterlein
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 09/11/2007
Date Terminated: 11/13/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**DePuy Orthopaedics Inc**                    represented by    **D Michael Anderson**
Barnes & Thornburg LLP - SB/IN
600 1st Source Bank Center
100 N Michigan Street
South Bend, IN 46601-1632
574-233-1171
Fax: 574-237-1125
Email: mike.anderson@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight D Lueck**
Barnes & Thornburg LLP - Ind/IN
11 S Meridian Street Suite 1313
Indianapolis, IN 46204-3535
317-231-7713
Fax: 317-231-7433
Email: Dwight.Lueck@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kendall Millard**
Barnes & Thornburg LLP - Ind/IN
11 S Meridian Street Suite 1313
Indianapolis, IN 46204-3535
317-236-1313
Fax: 317-231-7433
Email: kmillard@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gault South Bay Inc**                    represented by    **Robert J Palmer**
May Oberfell Lorber - Mis/IN
4100 Edison Lakes Parkway Suite 100
Mishawaka, IN 46545
574-232-2031
Fax: 574-232-9789
Email: rpalmer@maylorber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William N Howard PHV**
Freeborn & Peters LLP
311 S Wacker Dr Suite 3000
Chicago, IL 60606-6677

312-360-6415
Fax: 312-360-6996
Email: whoward@freebornpeters.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Robert Gault**                                represented by **Robert J Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William N Howard PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 | 1 | COMPLAINT against Gault South Bay Inc, Robert Gault (Filing fee $ 350.) Receipt #3337398, filed by DePuy Orthopaedics Inc. (Attachments: # 1Exhibit A), Civil Cover Sheet(sdf) (Entered: 09/11/2007) |
| 09/11/2007 | 2 | Summons Issued as to Gault South Bay Inc, Robert Gault. (sdf) (Entered: 09/11/2007) |
| 09/11/2007 | 3 | MOTION for Temporary Restraining Order, MOTION for Preliminary Injunction by Plaintiff DePuy Orthopaedics Inc. (Attachments: # 1 Memorandum in Support# 2 Affidavit of Bradford C. LaPoint# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Affidavit of Kendall Millard)(sdf) (Entered: 09/11/2007) |
| 09/12/2007 | 4 | NOTICE of Hearing on Motion 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction : Motion Hearing set for 9/17/2007 01:30 PM in South Bend before Chief Judge Robert L Miller Jr. (arl) (Entered: 09/12/2007) |
| 09/13/2007 | 5 | NOTICE by DePuy Orthopaedics Inc *of Amendment to Civil Cover Sheet* (Anderson, D) (Entered: 09/13/2007) |
| 09/14/2007 | 6 | MOTION for Discovery *and Memorandum in Support of Motion for Expedited Discovery* by Plaintiff DePuy Orthopaedics Inc. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D)(Anderson, D) (Entered: 09/14/2007) |
| 09/14/2007 | 7 | NOTICE of Appearance by Robert J Palmer on behalf of Gault South Bay Inc, Robert Gault (Palmer, Robert) (Entered: 09/14/2007) |
| 09/14/2007 | 8 | MOTION to Dismiss *(Or, In the Alternative, to Stay or Transfer) and Response in Opposition to 13 Motion for Temporary Restraining Order and Preliminary Injunction* by Defendants Gault South Bay Inc, Robert Gault. Response to be filed by 10/4/2007 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Palmer, Robert) Modified to add link on 9/17/2007 (ksc). (Entered: 09/14/2007) |
| 09/17/2007 | 9 | NOTICE by DePuy Orthopaedics Inc *of Denial of Defendants' Motion to Enjoin this Litigation* (Attachments: # 1 Exhibit 1)(Anderson, D) (Entered: 09/17/2007) |
| 09/17/2007 | 10 | REPLY in Support re 3 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by DePuy Orthopaedics Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Anderson, D) Modified text on 9/17/2007 (ksc). (Entered: 09/17/2007) |
| 09/17/2007 | 12 | MEMORANDUM OF EVIDENTIARY HEARING FOR TEMPORARY RESTRAINING ORDER held on 9/17/2007 before Chief Judge Robert L. Miller, Jr.: counsel present; plaintiff presents evidence; Bradford Clark LaPoint - witnesses; plaintiff rest; no evidence presented by the defendants; final arguments heard; in re 8 MOTION to Dismiss 0r, In the Alternative, to Stay or Transfer DENIED without prejudice filed by defendants Robert Gault and Gault South Bay Inc for failure to comply with district rules; 3 MOTION for Temporary Restraining Order filed by plaintiff DePuy Orthopaedics Inc is DENIED for reasons stated in open court; 6 MOTION for Discovery and Memorandum in Support of Motion for Expedited Discovery filed by DePuy Orthopaedics Inc is GRANTED; Pla appeared by atty Dwight Lueck; Dfts appeared by attys Robert Palmer and William Howard; All expedited discovery to be completed by 10/17/2007 and all discovery shall be |

|  |  | applicable in this case as well in he action pending before the Northern District of California Case. No. 5:07cv04659-JW; Defendants counsel to refile any 12(b)(2) motion to dismiss and/or motion to transfer under 28 USC Section 1404 or Section 1406 by by 9/24/2007, plaintiff's response to be filed by 10/1/2007 and defendants Reply to be filed by 10/8/2007. Hearing on plaintiff's motion for preliminary injunction set for 11/15/2007 01:30 PM in South Bend before Chief Judge Robert L Miller Jr. (Court Reporter D. Bonk.) (arl) (Entered: 09/19/2007) |
|---|---|---|
| 09/18/2007 | 11 | APPLICATION for Attorney William N Howard to Appear Pro Hac Vice on behalf of Gault South Bay Inc ; Receipt #3337474. (sdf) (Entered: 09/18/2007) |
| 09/19/2007 | 13 | ORDER granting [11] Application to Appear Pro Hac Vice of Attorney William N Howard PHV for Gault South Bay Inc and Robert Gault. Signed by Judge Christopher A Nuechterlein on 9/19/07. (ksc) (Entered: 09/21/2007) |
| 09/20/2007 | 14 | TRANSCRIPT of Proceedings held on 9/17/07 before Judge Robert L Miller Jr. Court Reporter: Debra J Bonk. (sdf) (Entered: 09/24/2007) |
| 09/24/2007 | 15 | MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay* by Defendants Gault South Bay Inc, Robert Gault.Response to be filed by 10/12/2007 (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14)(Palmer, Robert) (Entered: 09/24/2007) |
| 09/24/2007 | 16 | MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P 12(b)(2) and 12(b)(3)* by Defendant Robert Gault.Response to be filed by 10/12/2007 (Palmer, Robert) (Entered: 09/24/2007) |
| 09/24/2007 | 17 | MEMORANDUM in Support of 16 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P 12(b)(2) and 12(b)(3)* filed by Robert Gault. (Attachments: # 1 Affidavit Robert Gault) (Palmer, Robert) (Entered: 09/24/2007) |
| 09/24/2007 | 18 | CERTIFICATE *of Service* re: 15 Motion To Dismiss for Improper Venue, 16 Motion To Dismiss for Lack of Jurisdiction and 17 Memorandum in Support. (Palmer, Robert) Modified to add links on 9/25/2007 (ksc). (Entered: 09/24/2007) |
| 09/26/2007 | 19 | MOTION to Compel *Discovery* by Plaintiff DePuy Orthopaedics Inc. (Anderson, D) (Entered: 09/26/2007) |
| 09/26/2007 | 20 | MEMORANDUM in Support of 19 MOTION to Compel *Discovery* filed by DePuy Orthopaedics Inc. (Anderson, D) (Entered: 09/26/2007) |
| 09/26/2007 | 21 | CERTIFICATE *Local Rule 37.1 Certification*. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Anderson, D) (Entered: 09/26/2007) |
| 09/28/2007 | 22 | MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay*, 16 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P 12(b)(2) and 12(b)(3)* by Plaintiff DePuy Orthopaedics Inc. (Lueck, Dwight) (Entered: 09/28/2007) |
| 09/28/2007 | 23 | MOTION to Expedite *Ruling on DePuy's Motion to Compel Discovery (Dkt. 19)* by Plaintiff DePuy Orthopaedics Inc. (Lueck, Dwight) (Entered: 09/28/2007) |
| 10/01/2007 | 24 | NOTICE of Appearance by Kendall Millard on behalf of DePuy Orthopaedics Inc (Millard, Kendall) (Entered: 10/01/2007) |
| 10/01/2007 | 25 | RESPONSE in Opposition to 22 MOTION for Extension of Time to File Response as to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay*, 16 MOTION to Dismiss MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay*, 16 MOTION to Dismiss *Opposition to DePuy's Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (DKT. 16) and Motion to Dismiss for Improper Venue (DKT. 15)* filed by Gault South Bay Inc, Robert Gault. (Attachments: # 1)(Palmer, Robert) Modified text (Response) on 10/2/2007 (ksc). (Entered: 10/01/2007) |
| 10/01/2007 | 26 | RESPONSE in Opposition re 23 MOTION to Expedite *Ruling on DePuy's Motion to Compel Discovery (Dkt. 19)* filed by Gault South Bay Inc, Robert Gault. (Attachments: # 1)(Palmer, Robert) (Entered: 10/01/2007) |
| 10/02/2007 | 27 | REPLY in Support re 23 MOTION to Expedite *Ruling on DePuy's Motion to Compel Discovery 19* |

| | | |
|---|---|---|
| | | filed by DePuy Orthopaedics Inc. (Lueck, Dwight) Modified text (Reply) and added link on 10/3/2007 (ksc). (Entered: 10/02/2007) |
| 10/02/2007 | 28 | REPLY in Support re 22 MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay*, 16 MOTION to Dismiss MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay*, 16 MOTION to Dismiss filed by DePuy Orthopaedics Inc. (Lueck, Dwight) Modified text (Reply) on 10/3/2007 (ksc). (Entered: 10/02/2007) |
| 10/04/2007 | 29 | ORDER granting 19 Motion to Compel Discovery; granting 23 Motion to Expedite Ruling.. Signed by Judge Robert L Miller Jr on 10/4/07. (sdf) (Entered: 10/04/2007) |
| 10/04/2007 | 30 | ORDER denying 22 Motion for Extension of Time to File Response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. Signed by Judge Robert L Miller Jr on 10/4/07. (sdf) (Entered: 10/04/2007) |
| 10/12/2007 | 31 | Summons Reissued as to Robert Gault. (sdf) (Entered: 10/12/2007) |
| 10/12/2007 | 32 | RESPONSE in Opposition re 16 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P 12(b)(2) and 12(b)(3)* filed by DePuy Orthopaedics Inc. (Millard, Kendall) (Entered: 10/12/2007) |
| 10/12/2007 | 33 | AFFIDAVIT of Michelle M. Rems re 32 Response in Opposition to Motion *to Dismiss for Lack of Personal Jurisdiction and Improper Venue* by DePuy Orthopaedics Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R)(Millard, Kendall) (Entered: 10/12/2007) |
| 10/12/2007 | 34 | AFFIDAVIT of Kendall Millard re 32 Response in Opposition to Motion *to Dismiss for Lack of Personal Jurisdiction and Improper Venue* by DePuy Orthopaedics Inc. (Attachments: # 1 Exhibit A)(Millard, Kendall) (Entered: 10/12/2007) |
| 10/12/2007 | 35 | MEMORANDUM in Opposition to 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay* filed by DePuy Orthopaedics Inc. (Millard, Kendall) (Entered: 10/12/2007) |
| 10/19/2007 | 36 | REPLY to Response to Motion re 16 MOTION to Dismiss for Lack of Jurisdiction *Pursuant to F.R.C.P 12(b)(2) and 12(b)(3)* filed by Robert Gault. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Palmer, Robert) (Entered: 10/19/2007) |
| 10/19/2007 | 37 | REPLY to Response to Motion re 15 MOTION to Dismiss *for Improper Venue Pursuant to 28 USC 1391, or Alternatively, Defendants' Motion to Transfer Venue Pursuant to 28 USC 1404, or to Stay* filed by Gault South Bay Inc, Robert Gault. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Palmer, Robert) (Entered: 10/19/2007) |
| 10/22/2007 | 38 | SUMMONS Returned Executed by DePuy Orthopaedics Inc. Robert Gault served on 10/15/2007, answer due 11/5/2007. (Anderson, D) (Entered: 10/22/2007) |
| 10/22/2007 | 39 | SUMMONS Returned Executed by DePuy Orthopaedics Inc. Gault South Bay Inc served on 10/15/2007, answer due 11/5/2007. (Anderson, D) (Entered: 10/22/2007) |
| 11/01/2007 | 40 | Joint MOTION for Protective Order by Defendants Gault South Bay Inc, Robert Gault. (Palmer, Robert) (Entered: 11/01/2007) |
| 11/01/2007 | 41 | MOTION to Quash *Amended Deposition Notices to Gault South Bay, Inc. and Robert Gault* by Defendants Gault South Bay Inc, Robert Gault. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10)(Palmer, Robert) (Entered: 11/01/2007) |
| 11/02/2007 | 42 | NOTICE by DePuy Orthopaedics Inc re 41 MOTION to Quash *Amended Deposition Notices to Gault South Bay, Inc. and Robert Gault* (Anderson, D) (Entered: 11/02/2007) |
| 11/02/2007 | 43 | RESPONSE in Opposition re 41 MOTION to Quash *Amended Deposition Notices to Gault South Bay, Inc. and Robert Gault* filed by DePuy Orthopaedics Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Anderson, D) (Entered: 11/02/2007) |
| 11/06/2007 | 44 | ORDER denying 41 Motion to Quash. Signed by Judge Christopher A Nuechterlein on 11/6/07. (sdf) (Entered: 11/06/2007) |
| | | |

| 11/13/2007 | 45 | OPINION AND ORDER denying 15, 16 Motions to Dismisse, granting Motion to transfer pursuant to 28 U.S.C. section 1404. Signed by Judge Robert L Miller Jr on 11/13/07. (sdf) (Entered: 11/13/2007) |
| --- | --- | --- |
| 11/13/2007 | 46 | CLERK'S ENTRY OF JUDGMENT. (sdf) (Entered: 11/13/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/13/2007 19:09:38 | | | |
| PACER Login: | db0081 | Client Code: | 38116.00002 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00425-RLM-CAN |
| Billable Pages: | 4 | Cost: | 0.32 |