DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Plaintiffs GAULT SOUTH BAY, INC.
and BOB GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAULT SOUTH BAY, INC., a California Corporation, and BOB GAULT,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation,<br><br>Defendant. | Case No. 5:07-cv-04659-RS<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE A SURREPLY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OR TRANSFER<br><br>Date: December 3, 2007<br>Time: |

Plaintiffs Gault South Bay, Inc. and Bob Gault have moved ex parte for leave to file a Surreply in support of their Opposition to the Motion to Dismiss or Transfer. Alternatively, Plaintiffs have requested that the Court hear oral argument on the Motion to Dismiss or Transfer and allow Plaintiffs to raise additional arguments at that hearing. Having considered all the papers filed by Plaintiffs, the Court HEREBY GRANTS their request to file the Proposed Surreply attached to the Ex Parte Application as Exhibit A; this Surreply shall be deemed filed as of the date of this Order. [Alternatively: The Court HEREBY GRANTS the request to hear oral argument on the Motion to Dismiss or Transfer, and will allow Plaintiffs to raise additional arguments at that hearing.]

////

892700.1

1

1   IT IS SO ORDERED.

3   DATED: _____     SIGNED:_____
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT