IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gault South Bay, Inc., et al., <br><br> Plaintiffs, <br> v. <br><br> DePuy Orthopaedics, Inc., <br><br> Defendant. | NO. C 07-04659 JW <br> NO. C 07-05897 RS <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Presently before the Court is Defendant's Motion to Dismiss or, in the Alternative, Transfer. The Court finds it appropriate to take the matter under submission without oral argument. See Civ.L. R. 7-1(b). Accordingly, the Court **vacates the hearing set for December 3, 2007 at 9 A.M.**

On November 28, 2007, Magistrate Judge Richard Seeborg, sua sponte, referred <u>DePuy Orthopaedics, Inc. v. Gault South Bay, Inc. et al.</u>, No. C 07-05897 RS, to the Court for a determination as to whether the actions are related within the meaning of Civ.L. R. 3-12. In light of Judge Seeborg's referral, the Court sets a case management conference for **December 3, 2007 at 9:30 A.M.** The parties need not file a joint case management statement as required by the Civil Local Rules.

Dated: November 28, 2007

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald P. Gagliardi dgagliardi@be-law.com
Mark A. Neubauer mneubauer@steptoe.com
Rebecca Edelson bedelson@steptoe.com
Tory Edward Griffin tgriffin@downeybrand.com
Dwight David Lueck dlueck@btlaw.com
Kendall Millard kmillard@btlaw.com

**Dated:  November 28, 2007**              **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**