UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/3/2007 | **Court Reporter:** Not Reported |
| **Case No:** C-07-04659 JW | **Interpreter:** N/A |
| **Related Case** C 07-04659 RS | |

## TITLE

**Gault South Bay Inc et al v. DePuy Orthopaedics Inc et al**
**Related Case: DePuy Orthopaedics Inc et al v. Gault South bay Inc. et al**

**Attorney(s) for Plaintiff(s):** Tory Griffin
**Attorney(s) for Defendant(s):** Mark A. Neubauer

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record. The Court set a Motion hearing for 2/25/2008 at 9:00 AM for Plaintiff's anticipated Motion for Summary Judgment. The Court set the following deadlines for parties to file supplemental briefing re consolidation:

1. Plaintiff's Supplemental Brief re Consolidation due 12/07/2007
2. Defendant's Supplemental Reply re Consolidation due 12/17/2007.

The Court submits the matter re Consolidation on the papers. The Court to set further hearing re Consoldiation if necessary.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: