Declaration of Tory E. Griffin in Support of Consolidation of Actions

# EXHIBIT 6

ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:07-cv-05897-RS

DePuy Orthopaedics, Inc. v. Gault South Bay, Inc. et al
Assigned to: Magistrate Judge Richard Seeborg
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 11/20/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**DePuy Orthopaedics, Inc.**  represented by  **Carla Andrea Veltman**
Steptoe & Johnson LLP
2121 Avenue of the Stars
Ste 900
Los Angeles, CA 90067
310-734-3200
Fax: 310-734-3300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**D. Michael Anderson**
Barnes and Thornburg LLP-SB/IN
600 1st Source Bank Center
South Bend, IN 46601-1632
574-233-1171
Fax: 574-237-1125
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dwight David Lueck**
Barnes & Thornburg LLP
11 South Meridian Street
Suite 1313
Indianapolis, IN 46204
317-231-7713
Fax: 317-231-7433
Email: dlueck@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kendall Millard**
Barnes & Thornburg LLP
11 South Meridian Street
Suite 1313

Indianapolis, IN 46204
317.236.1313
Fax: 317 231 7433
Email: kmillard@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Neubauer**
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067-5052
310-734-3200
Fax: 310-734-3300
Email: mneubauer@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Edelson**
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067-5052
310-734-3200
Fax: 310-734-3300
Email: bedelson@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Gault South Bay, Inc.**                    represented by    **Robert J Palmer**
May Oberfell Lorder-Mis/IN
4100 Edison Lakes Parkway
Suite 100
Mishawaka, IN 46545
574-232-2031
Fax: 574-232-9789
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William N. Howard**
Freeborn and Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677
312-360-6415
Fax: 312-360-6996
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Gault**          represented by    **Robert J Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William N. Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2007 | 1 | Case transferred in from District of Northern District of Indiana (South Bend); Case Number 3:07CV00425RLM. Original file with documents numbered 1-46, certified copy of transfer order and docket sheet received.. Filed byDePuy Orthopaedics, Inc. (bw, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/21/2007) |
| 11/20/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 3/5/2008. Case Management Conference set for 3/12/2008 02:30 PM. (bw, COURT STAFF) (Filed on 11/20/2007) (Entered: 11/21/2007) |
| 11/26/2007 | 3 | ORDER REFERRING CASE FOR RELATED CASE DETERMINATION. Signed by Judge Richard Seeborg on 11/26/07. (rssec, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/28/2007 |   | CASE DESIGNATED for Electronic Filing. (cv, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/28/2007 | 4 | ORDER Setting Case Management Conference re 3 Order REFERRING CASE FOR RELATED CASE DETERMINATION. The Motion Hearing in C 07-04659 JW Gault South Bay, Inc. et al v. DePuy Orthopaedics, Inc. set for 12/3/2007 is VACATED. The Court sets a Case Management Conference in C 07-04659 Gault South Bay, Inc. et al v. DePuy Orthopaedics, Inc. AND C 07-05897 RS DePuy Orthopaedics, Inc. v. Gault South Bay, Inc. et al. for 12/3/2007 at 9:30 AM. The parties need not file a joint case management statement as required by the Civil Local Rules. Case Management Conference set for 12/3/2007 09:30 AM Courtroom 8, 4th Floor, San Jose before Hon. James Ware. Please see Order for further specifics. Signed by Judge James Ware on 11/28/2007. (ecg, COURT STAFF) (Filed on 11/28/2007) Modified on 11/28/2007 (cv, COURT STAFF). (Entered: 11/28/2007) |
| 11/30/2007 | 5 | NOTICE of Association of Counsel by DePuy Orthopaedics, Inc. (Edelson, Rebecca) (Filed on 11/30/2007) Text modified on 11/30/2007 (bw, COURT STAFF). (Entered: 11/30/2007) |
| 12/03/2007 | 6 | Minute Entry: Initial Case Management Conference held on 12/3/2007 |

|  |  | before James Ware (Date Filed: 12/3/2007). The Courts set a motion hearing in anticipation of Summary Judgment Motion Hearing re Summary Judgment set for 2/25/2008 09:00 AM in Courtroom 8, 4th Floor, San Jose before Hon. James Ware. (Court Reporter Not Reported.) (ecg, COURT STAFF) (Date Filed: 12/3/2007) (Entered: 12/03/2007) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2007 15:32:51 | | | |
| PACER Login: | db0081 | Client Code: | 38116.00002 |
| Description: | Docket Report | Search Criteria: | 5:07-cv-05897-RS |
| Billable Pages: | 2 | Cost: | 0.16 |