**Declaration of Tory E. Griffin in Support of Consolidation of Actions**

# EXHIBIT 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 12/3/2007
**Case No:** C-07-04659 JW
**Related Case** C 07-04659 RS

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Not Reported
**Interpreter:** N/A

### TITLE

**Gault South Bay Inc et al v. DePuy Orthopaedics Inc et al**
**Related Case: DePuy Orthopaedics Inc et al v. Gault South bay Inc. et al**

Attorney(s) for Plaintiff(s): Tory Griffin
Attorney(s) for Defendant(s): Mark A. Neubauer

### PROCEEDINGS

Case Management Conference

### ORDER AFTER HEARING

Case Management Conference held off record. The Court set a Motion hearing for 2/25/2008 at 9:00 AM for Plaintiff's anticipated Motion for Summary Judgment. The Court set the following deadlines for parties to file supplemental briefing re consolidation:

1. Plaintiff's Supplemental Brief re Consolidation due 12/07/2007
2. Defendant's Supplemental Reply re Consolidation due 12/17/2007.

The Court submits the matter re Consolidation on the papers. The Court to set further hearing re Consoldiation if necessary.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: