Declaration of Tory E. Griffin in Support of Consolidation of Actions

# EXHIBIT 14

Case 5:07-cv-04659-JW   Document 35-15   Filed 12/07/2007   Page 1 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENT MAHONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 3:07-CV-559 JM |
| | ) |
| DEPUY ORTHOPAEDICS, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR REMAND TO STATE COURT

The undersigned, attorney for defendant DePuy Orthopaedics, Inc. ("DePuy"), hereby files this *Stipulation for Remand to State Court*. On November 15, 2007, DePuy removed this case from the Kosciusko Circuit Court. The parties agree that remand is appropriate. The parties also agree that each party is to bear its own costs and fees. Accordingly, the parties stipulate to remanding this case and request the Court to remand this case to the Kosciusko Circuit Court.

Respectfully submitted,

BARNES & THORNBURG LLP

s/D. Michael Anderson
Dwight D. Lueck (14294-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
E-mail:  *dlueck@btlaw.com*

>D. Michael Anderson
>BARNES & THORNBURG LLP
>600 1st Source Bank Center
>100 North Michigan
>South Bend, IN 46601-1632
>Telephone: (574) 233-1171
>Facsimile: (574) 237-1125
>E-mail: *manderson*@btlaw.com
>
>*Attorneys for Defendant,*
>*DePuy Orthopaedics, Inc.*

Dated: December 4, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the above and foregoing *Stipulation for Remand to State Court* has been served this 4th day of December, 2007, by depositing the same in the United States mail, first class postage prepaid and properly addressed to the following counsel of record:

>Stephen R. Snyder
>Randall L. Morgan
>SNYDER, BIRCH, & MORGAN LLP
>200 West Main Street
>Syracuse, Indiana 46567

>s/D. Michael Anderson

SBDS01 ASPRINGER 272313v1