**Declaration of Tory E. Griffin in Support of Consolidation of Actions**

# EXHIBIT 16

1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles  CA  90067
   Telephone:  (310) 734-3200
4  Facsimile:   (310) 734-3300
   Email: mneubauer@steptoe.com
5  Email: redelson@steptoe.com

6  Attorneys for Defendant
7  DEPUY ORTHOPAEDICS, INC.,
   an Indiana corporation

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    FRESNO DIVISION
11
12

| 13 | KENT MAHONEY, an individual, | CASE NO._____ |
| 14 | Plaintiff, | **NOTICE OF WHETHER THERE ARE RELATED CASES BY DEFENDANT DEPUY ORDHOPAEDICS, INC. [LOCAL RULE 83-123(b)]** |
| 15 | vs. | |
| 16 | DEPUY ORTHOPAEDICS, INC., an Indiana corporation, | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant DePuy Orthopaedics, Inc., gives notice that said Defendant is unaware of any "related cases" as defined by Local Rule 83-123(b).

Respectfully submitted:

DATED: September 10, 2007   STEPTOE & JOHNSON LLP

MARK A. NEUBAUER
REBECCA EDELSON

By /s/ Rebecca Edelson
REBECCA EDELSON
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.