United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gault South Bay, Inc., et al., | NO. C 07-04659 JW |
| Plaintiffs, | NO. C 07-05897 JW |
| v. | **ORDER DENYING DEFENDANT DEPUY ORTHOPAEDICS, INC., MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER FOR IMPROPER VENUE; CONSOLIDATING CASES** |
| DePuy Orthopaedics, Inc., | |
| Defendant. | |

On August 24, 2007, Plaintiffs brought an action in Santa Clara Superior Court alleging two causes of action for declaratory relief and unfair competition. (See Docket Item No. 1.) Plaintiffs allege that Defendant breached a sales agreement between the parties. (Id.) On September 10, 2007, Defendant removed the action to the Northern District of California on the basis of diversity jurisdiction. (Id.)

On September 11, 2007, Defendant filed an action against Plaintiff in Indiana (the "Indiana Action"). (See Docket Item No. 6.) In the Indiana Action, Defendant alleged, *inter alia*, breach of contract arising out of the same sales agreement. (Id.)

On September 17, 2007, Defendant filed the present Motion to Dismiss or, in the Alternative, Transfer. (See Docket Item No. 19.) Defendant claims that a forum selection clause in the parties' sales agreement requires the action be brought in Indiana. (Id.)

On November 17, 2007, United States District Judge Anthony Ishii transferred the Indiana Action to this district. (See Case No. 07-5897.) Judge Ishii considers the facts underlying this action and weighed the various factors for transfer, including the forum selection clause. (Id.) Judge Ishii concluded that both public and private interests weighed in favor of having the action heard in this District. (Id.) The Courts adopts Judge Ishii's analysis with regard to the issue of transfer; and in light of Judge Ishii's transfer of the Indiana Action to this district, the Court DENIES Defendant's motion to dismiss or, in the alternative, transfer.

The Court invited supplemental briefing regarding consolidation. Upon consideration of the parties' arguments, the Court finds good cause to consolidate the cases. Accordingly, the Court orders the cases consolidated. Since C 07-04659 is the first to file case, it shall be the lead case. To avoid confusion, all future filings shall be filed in C 07-04659 and shall bear the caption: *In re Gault South Bay Litigation.* In light of consolidation, the Clerk shall administratively close C 07-05897.

The hearing on Defendant's Motion for Summary Judgment currently set for **April 28, 2008 at 9 a.m.** remains on calendar. The Court sets a Case Management Conference for the same day at 10 a.m. to discuss with the parties the next stage of the this litigation.

Dated: April 18, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald P. Gagliardi dgagliardi@be-law.com
Mark A. Neubauer mneubauer@steptoe.com
Rebecca Edelson bedelson@steptoe.com
Tory Edward Griffin tgriffin@downeybrand.com

**Dated: April 18, 2008**                              **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California