Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Carla A. Veltman (No. 223910)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:    (310) 734-3200
Facsimile:    (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com
Email : cveltman@steptoe.com

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW<br><br>The Honorable James Ware, Ctrm. 8<br><br>DEPUY ORTHOPAEDIC, INC.'S NOTICE RE GAULT SOUTH BAY, INC.'S LACK OF CAPACITY TO PARTICIPATE IN THIS CONSOLIDATED ACTION |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS' OF RECORD:

DePuy Orthopaedics, Inc. ("DePuy") hereby gives notice that Gault South Bay, Inc. lacks the capacity to participate in this consolidated action because the State of California has suspended its corporate status. *See* Rev. & Tax.C. § 23301; *Palm Valley Homeowners Ass'n, Inc. v. Design MTC* (2000) 85 Cal.App.4th 553, 560; *Grell v. Laci Le Beau Corp.* (1999) 73 Cal.App.4th 1300, 1306.[1]

A true and correct copy of the California Secretary of State's Certificate of Status for Gault South Bay, Inc. showing its suspended status is attached hereto as Exhibit 1. A true and correct copy of a page from the "Business Portal" website (*see* http://kepler.sos.ca.gov/list.html copyrighted by the California Secretary of State showing Gault South Bay, Inc.'s suspended status as of April 18, 2008 is attached hereto as Exhibit 2. DePuy put Gault South Bay, Inc. on notice of this issue concerning its suspended status on October 12, 2007 in Civil Action No. 3:07-cv-0425-RM before it was transferred from the Northern District of Indiana to the Northern District of California.

Until such time as Gault South Bay, Inc. revives its corporate status, it cannot participate in these proceedings, including but not limited to those proceedings set for April 28, 2008 (*e.g.*, the hearing on Gault South Bay, Inc. and Robert Gault's motion for partial summary judgment against DePuy and the Case Management Conference).

To the extent that Gault South Bay, Inc. does not provide to DePuy's counsel within 7 calendar days evidence that Gault South Bay, Inc.'s corporate status is active (*i.e.*, a certificate of revivor), this shall serve as notice that DePuy intends to file based on Gault South Bay's lack of capacity to litigate:

(1) a motion to strike Gault South Bay, Inc.'s Answer to DePuy's Complaint and for entry of a default judgment against Gault South Bay, Inc.; and

---

[1] A corporation's capacity to litigate is determined by the law under which it was organized. FRCP 17(b)(2). Gault South Bay, Inc. was organized under the laws of California. *See* Gault South Bay, Inc.'s Complaint against DePuy. As reflected above, under California law, Gault South Bay, Inc. lacks capacity to litigate.

1

DEPUY ORTHOPAEDIC, INC.'S NOTICE RE GAULT SOUTH BAY, INC.'S LACK OF CAPACITY TO PARTICIPATE IN THIS CONSOLIDATED ACTION
CASE NO. 5:07-cv-04659-JW
Doc. # CC-182364 v.1

1      (2) a motion to dismiss and/or strike Gault South Bay, Inc.'s Complaint against DePuy and/or a motion for summary judgment against Gault South Bay, Inc. on that Complaint.

DATED: April 24, 2008        STEPTOE & JOHNSON LLP

By  /s/ Rebecca Edelson
REBECCA EDELSON
Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

2

**DEPUY ORTHOPAEDIC, INC.'S NOTICE RE GAULT SOUTH BAY, INC.'S LACK OF CAPACITY
TO PARTICIPATE IN THIS CONSOLIDATED ACTION**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-182364 v.1

**EXHIBIT 1**

# State of California
## Secretary of State

### CERTIFICATE OF STATUS

**ENTITY NAME:** GAULT SOUTH BAY, INC.

**ENTITY FILE NUMBER:** C1198259
**ENTITY FILE DATE:** 08/04/1987
**ENTITY TYPE:** DOMESTIC CORPORATION
**ENTITY JURISDICTION:** CALIFORNIA
**ENTITY STATUS:** SUSPENDED

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the corporate powers, rights and privileges of the above-referenced entity were suspended by the Secretary of State on 11/09/2004 pursuant to the provisions of the California Corporations Code; and

That the powers, rights and privileges of the above-referenced entity remain suspended, reinstatement never having been effected.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of October 27, 2007.

*Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

tb

NP-25 (REV 1/2007)                    OSP 06 99731

**EXHIBIT 2**

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search Corporations**

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQs
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "APR 18, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " **Gault South Bay** "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1198259 | 8/4/1987 | suspended | GAULT SOUTH BAY, INC. | ROBERT G. GAULT |

Copyright ©2001 California Secretary of State. **Privacy Statement.**