IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DEPUY ORTHOPAEDICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:07-CV-0425-RM ) |
| GAULT SOUTH BAY, INC. and ROBERT GAULT, | ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF KENDALL MILLARD

I, Kendall Millard, under the penalties for perjury, state:

1. I have personal knowledge of the facts set forth in this Declaration, except as otherwise stated. I am competent to testify as to all matters stated, and I am under no legal disability which would in any way preclude me from testifying. If called upon to do so, I would testify to the facts set forth in this Declaration.

2. I am an associate attorney at Barnes & Thornburg LLP in Indianapolis, Indiana.

3. On October 12, 2007, I visited the website for the California Secretary of State, California Business Portal section, http://kepler.sos.ca.gov/list.html, and conducted a search for "Gault South Bay." The search located a "Gault South Bay, Inc." listing "Robert G. Gault" as agent. The status of the corporation is listed as "suspended."

4. Attached to this Declaration as Exhibit A is a true and correct copy of a printout of the results of the search described above.

THIS CONCLUDES MY DECLARATION.

EXHIBIT 1

Exhibit "1"
Page 3

I affirm, under the penalties for perjury, that the facts set forth in this Declaration are true based on my personal knowledge or, where stated, on information and belief.

_____
Kendall Millard

# EXHIBIT A

# California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of OCT 05, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| GAULT SOUTH BAY, INC. |||
| **Number:** C1198259 | **Date Filed:** 8/4/1987 | **Status:** suspended |
| **Jurisdiction:** California |||
| Address |||
| 536 WEDDELL DRIVE, SUITE 4 |||
| SUNNYVALE, CA 94089 |||
| Agent for Service of Process |||
| ROBERT G. GAULT |||
| 18917 CABERNET DRIVE |||
| SARATOGA, CA 95070 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.