DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY,
INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | Case No. C:07-cv-04659-JW<br><br>**SUPPLEMENTAL RESPONSE TO DEPUY ORTHOPAEDICS' "NOTICE RE GAULT SOUTH BAY, INC.'S LACK OF CAPACITY TO PARTICIPATE IN THIS CONSOLIDATED ACTION;" DECLARATION OF TORY E. GRIFFIN IN SUPPORT THEREOF**<br><br>Date: April 28, 2008<br>Time: 9:00 a.m. |

As Defendants Gault South Bay ("GSB") and Robert Gault ("Gault") indicated earlier today in their "Response to DePuy Orthopaedics' Notice re Gault South Bay, Inc's Lack of Capacity to Participate in this Consolidated Action," GSB was endeavoring to cure its suspended status today. GSB was successful and, as Exhibit A to the Declaration of Tory E. Griffin (set forth below) shows, GSB is now in good standing.

/ / /

/ / /

/ / /

/ / /

923226.1

1

| | | |
|---|---|---|
| 1 | DATED: April 25, 2008 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By:      /s/ Tory E. Griffin<br>TORY E. GRIFFIN<br>Attorney for Defendants |
| 4 | | GAULT SOUTH BAY, INC. and ROBERT GAULT |

### DECLARATION OF TORY E. GRIFFIN

I, Tory E. Griffin, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California, and am a partner at Downey Brand LLP, attorneys of record for Defendants Bob Gault ("Gault") and Gault South Bay Inc. ("GSB"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently to the contents hereof.

2. Attached hereto as Exhibit A is a true and correct copy of a Notice of Revivor from the California Secretary of State indicating that Gault South Bay, Inc. has filed the requisite statement of information and is now in good standing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of April, 2008, at Roseville, California.


By:      /s/ Tory E. Griffin
TORY E. GRIFFIN

923226.1

2

**EXHIBIT A**

 Secretary of State
Business Programs Division

1500 11th Street, 3rd Floor
P.O. Box 944230
Sacramento, CA 94244-2300

Statement of Information
(916) 657-5448

BOB GAULT
GAULT SOUTH BAY, INC.
18428 TWIN CREEKS ROAD
MONTE SERENO CA   95939

April 25, 2008

NOTICE OF REVIVOR

CORPORATE NUMBER: C1198259

CORPORATE NAME:    GAULT SOUTH BAY, INC.

EFFECTIVE DATE:    04/25/2008

Pursuant to California Corporations Code Section 2205, 2206, or 5008.6, the above referenced corporation's powers, rights and privileges were suspended/forfeited by the Secretary of State for failure to file a statement required by California Corporations Code Section 1502, 2117, 6210, 8210, or 9660.

The corporation has filed the required statement and therefore has been revived. The corporation is now in good standing with the Secretary of State as of the effective date stated above.

Please note: You may wish to contact the Franchise Tax Board (FTB) regarding possible penalities and/or tax requirements. FTB recommends using their website at:

Franchise Tax Board: www.ftb.ca.gov

(SSUCLX-02/28/05)

08-664204

 **State of California**
**Secretary of State** 

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

APR 2 5 2008

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

S

**1. CORPORATE NAME** (Please do not alter if name is preprinted.)

Gault South Bay, Inc.
C1198259

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 18428 Twin Creeks Road | | Monte Sereno | CA | 95939 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 18428 Twin Creeks Road | | Monte Sereno | CA | 95939 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/President | Bob Gault | 18428 Twin Creeks Road | Monte Sereno | CA | 95939 |
| 6. SECRETARY/ | Bob Gault | 18428 Twin Creeks Road | Monte Sereno | CA | 95939 |
| 7. CHIEF FINANCIAL OFFICER/ | Bob Gault | 18428 Twin Creeks Road | Monte Sereno | CA | 95939 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8. | Bob Gault | 18428 Twin Creeks Road | Monte Sereno | CA | 95939 |
| 9. | | | | | |
| 10. | | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Bob Gault

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 18428 Twin Creeks Road | Monte Sereno | CA | 95939 |

**TYPE OF BUSINESS**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Sales representative for a medical device company (orthopedic products).

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 4/25/08 | Bob Gault | President | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)                                                                  APPROVED BY SECRETARY OF STATE