**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**                        **Courtroom Deputy: Elizabeth Garcia**
**Date:  4/28/2008**                         **Court Reporter: Summer Clanton**
**Case No.: C-07-04659JW**                   **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

**In re Gault South Bay Litigation**

**Attorney(s) for Plaintiff(s)**: Mark Neubauer (Depuy)
**Attorney(s) for Defendant(s)**: Tory Griffin (Gault South Bay, Robert Gault)

## PROCEEDINGS

**1. Defendant's Motion for Partial Summary Judgment**
**2.  Case Management Conference**

## ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court held a Case Management Conference off the record.  The Court set the following scheduling dates:

1.  Further Case Management Conference set for June 30, 2008 at 10:00 AM
\*\* Joint Case Management Conference set for June 20, 2008 \*\*
1.  Close of All Discovery set for April 27, 2009
2.  Last Date to Hear Dispositive Motion set for July 6, 2009
\*\* Any Dispositive Motions should be noticed in accordance to the Civil Local Rules
of the Northern District of California \*\*
3.  Preliminary Pretrial and Trial Setting Conference set for March 23, 2009 at 11:00 AM
\*\* Joint Pretrial Statement due March 13, 2009 \*\*

The Court to issue further order on Defendant's Motion for Partial Summary Judgment and an Order Following Case Management Conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: