UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

**Judge:** James Ware**Courtroom Deputy:** Elizabeth Garcia
**Date:** 4/28/2008**Court Reporter:** Summer Clanton
**Case No.:** C-07-04659JW**Interpreter:** N/A
**Related Case No.:** N/A

TITLE

In re Gault South Bay Litigation

**Attorney(s) for Plaintiff(s)**: Mark Neubauer (Depuy)
**Attorney(s) for Defendant(s)**: Tory Griffin (Gault South Bay, Robert Gault)

PROCEEDINGS

1. Defendant's Motion for Partial Summary Judgment
2. Case Management Conference (AMENDED)

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court held a Case Management Conference off the record. The Court set the following scheduling dates:

1. Further Case Management Conference set for June 30, 2008 at 10:00 AM
   ** Joint Case Management statement due June 20, 2008 **
1. Close of All Discovery set for April 27, 2009
2. Last Date to Hear Dispositive Motion set for July 6, 2009
   ** Any Dispositive Motions should be noticed in accordance to the Civil Local Rules
   of the Northern District of California **
3. Preliminary Pretrial and Trial Setting Conference set for March 23, 2009 at 11:00 AM
   ** Joint Pretrial Statement due March 13, 2009 **

The Court to issue further order on Defendant's Motion for Partial Summary Judgment and an Order Following Case Management Conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: