Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Carla A. Veltman (No. 223910)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:    (310) 734-3200
Facsimile:     (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com
Email : cveltman@steptoe.com

Attorneys for Plaintiff
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW<br><br>PLAINTIFF'S NOTICE OF THE CALIFORNIA SUPREME COURT SETTING ORAL ARGUMENT IN A CASE RELATED TO PENDING PARTIAL SUMMARY JUDGMENT MOTION<br><br>The Honorable James Ware<br><br>Hearing Date: April 28, 2008 |

PLAINTIFF'S NOTICE OF THE CALIFORNIA SUPREME COURT SETTING ORAL ARGUMENT IN A
CASE RELATED TO PENDING PARTIAL SUMMARY JUDGMENT MOTION
CASE NO. 5:07-cv-04659-JW
Doc. # CC-183881 v.1

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Supreme Court of California recently scheduled oral argument for June 4, 2008 in the civil appeal, <u>Edwards v. Arthur Andersen, LLP</u>, Supreme Court Case No. S147190 ("Edwards Case"). See Exhibit 1 hereto, a true and correct copy of that portion of the Edwards Case docket reflecting the scheduling of oral argument for June 4, 2008. The Edwards Case Summary reflects that one of the issues on appeal is: "Is a non-competition agreement . . . that prohibits the employee from performing services for former clients invalid under [California] Business and Professions Code section 16600 ["Section 16600"], unless it falls within the statutory or judicially-created trade secrets exceptions to the statute?" <u>See</u> Exhibit 2 hereto, a true and correct copy of the "Case Summary" from the Edwards Case (brackets added).

The California Supreme Court's ruling in the Edwards case could potentially affect this Court's ruling on the pending Motion for Partial Summary Judgment, argued and submitted to this Court on April 28, 2008. Under the California Supreme Court's Rules, a decision by the Supreme Court is expected to be issued within 90 days after it is submitted on June 4, 2008. California Rule of Court 8.524(h)(2).

Respectfully submitted,

DATED: May 12, 2008            STEPTOE & JOHNSON LLP
                               MARK A. NEUBAUER
                               REBECCA EDELSON


                               By    /S/ Rebecca Edelson
                               REBECCA EDELSON
                               Attorneys for Plaintiff
                               DEPUY ORTHOPAEDICS, INC.,
                               an Indiana corporation

1

**EXHIBIT 1**

# CALIFORNIA APPELLATE COURTS
Case Information

| Supreme Court | | |
|---|---|---|
| Welcome | | |
| Search | | |
| E-mail | | |
| Calendar | | |
| Help | | |
| Options | | |

C|C
home

## Supreme Court                                    Change court

Court data last updated: 05/07/2008 09:53 AM

**Case Summary    Docket    Briefs
Disposition    Parties and Attorneys    Lower Court**

## Docket (Register of Actions)

**EDWARDS v. ARTHUR ANDERSEN, LLP**
**Case Number S147190**

| Date | Description | Notes |
|---|---|---|
| 10/10/2006 | Petition for review filed | Respondent Arthur Andersen LLP |
| 10/11/2006 | Received Court of Appeal record | |
| 10/31/2006 | Answer to petition for review filed | appellant, Raymond Edwards II attorney, Beth A. Shenfeld, retained. |
| 11/08/2006 | Reply to answer to petition filed | respondent, Arthur Andersen LLP |
| 11/29/2006 | Petition for review granted (civil case) | Votes: George, C. J., Kennard, Baxter, Werdegar, Chin, Moreno and Corrigan, JJ. |
| 12/01/2006 | Request for extension of time filed (AA) | Counsel for respondent requests extension of time to 1-29-07, to file the opening brief on the merits. |
| 12/04/2006 | Association of attorneys filed for: | attorneys of record for appellant Mark J. Poster, Esq., with the firm of Greines, Martin, Stein & Richland LLP, |
| 12/11/2006 | Certification of interested entities or persons filed | counsel for appellant Raymond Edwards attorney Richard A. Love |
| 12/11/2006 | Certification of interested entities or persons filed | counsel for respondent Wayne Scott Flilck of Latham & Watkins |
| 12/12/2006 | Extension of time granted | On application of respondent and good cause appearing, it is ordered that the time to serve and file the opening brief on the merits is extended to and including January 29, 2007. |
| 01/17/2007 | Issues ordered limited | In the matter of Raymond Edwards II v. Arthur Andersen LLP (S147190), review granted on November 29, 2006, the parties shall limit their briefing to the following issues: (1) To what extent does Business and Professions Code section 16600 prohibit employee noncompetition agreements; and (2) Does a contract provision releasing "any and all" claims encompass nonwaivable statutory protections, such as the employee indemnity protection of Labor Code section 2802? (See Cal. Rules of Court, rule 8.516(a)(1).) |

| | | Moreno, J., was absent and did not participate. |
|---|---|---|
| 01/26/2007 | Opening brief on the merits filed | Respondent Arthur Andersen, LLP Attorney Wayne S. Flick |
| 02/15/2007 | Request for extension of time filed (AA) | Counsel for aplt. requests extension of time to March 27, 2007, to file the answer brief on the merits. |
| 02/21/2007 | Request for judicial notice filed (granted case) | counsel for respondent (Arthur Andersen) |
| 02/22/2007 | Extension of time granted | On application of appellant and good cause appearing, it is ordered that the time to serve and file the answer brief on the merits is extended to and including March 27, 2007. |
| 03/27/2007 | Answer brief on the merits filed | counsel for aplt. |
| 04/13/2007 | Reply brief filed (case fully briefed) | respondent Arthur Anderson |
| 05/11/2007 | Received application to file amicus curiae brief | Employers Group in support of appellant Arthur Andersen LLP app/brief under same cover |
| 05/11/2007 | Received application to file amicus curiae brief | California Employment Law Council and Activision, Inc., app/brief under same cover. |
| 05/14/2007 | Received application to file amicus curiae brief | Kastner Bancherol LLP in support of respondent. |
| 05/14/2007 | Received application to file amicus curiae brief | Law Professors and Writers of Learned Treatises in support of respondent. |
| 05/14/2007 | Received application to file amicus curiae brief | S. Jude Medical, S.C., Inc., Pacesetter, Inc., and Advanced Bionics Corp., |
| 05/14/2007 | Received application to file amicus curiae brief | California Employment Lawyers Association [application/brief under same cover]in support of Appellant Raymond Edwards III |
| 05/23/2007 | Permission to file amicus curiae brief granted | California Employment Law Council in support of the respondent. |
| 05/23/2007 | Amicus curiae brief filed | The application of California Employment Law Council and Activision, Inc. for permission to file an amicus curiae brief in support of the respondent is hereby granted. An answer thereto may be served and filed by any party within twenty days of the filing of the brief. |
| 05/23/2007 | Permission to file amicus curiae brief granted | St. Jude Medical, S.C., Inc., Pacesetter, Inc., and Advanced Bionics Corporation in support of the appellant. |
| 05/23/2007 | Amicus curiae brief filed | The application of St. Jude Medical, S.C., Inc., Pacesetter, Inc., and Advanced Bionics Corporation for permission to file an amicus brief in support of appellant is hereby granted. An answer thereto may be served and filed by any party within twenty days of the filing of the |

| | | brief. |
|---|---|---|
| 05/23/2007 | Permission to file amicus curiae brief granted | California Employment Lawyers Association in support of appellant. |
| 05/23/2007 | Amicus curiae brief filed | The application of California Employment Lawyers Assocation for permission to file an amicus curiae brief in support of appellant is hereby granted. An answer thereto may be served and filed by any party within twenty days of the filing of the brief. |
| 05/23/2007 | Permission to file amicus curiae brief granted | The Employers Group in support of appellant. |
| 05/23/2007 | Amicus curiae brief filed | The application of The Employers Group for permission to file an amicus curiae brief in support of appellant is hereby granted. An answer thereto may be served and filed by any party within 20 days of the filing of the brief. |
| 05/23/2007 | Permission to file amicus curiae brief granted | Law Professors and Writers of Learned Treatises in support of appellant. |
| 05/23/2007 | Amicus curiae brief filed | The application of Law Professors and Writers of Learned Treatises for permissionm to file an amicus curiae brief in support of appellant is hereby granted. An answer thereto may be served and filed by any party within 20 days of the filing of the brief. |
| 05/23/2007 | Permission to file amicus curiae brief granted | Kastner Banchero, LLP in support of appellant |
| 05/23/2007 | Amicus curiae brief filed | The application of Kastner Banchero, LLP for permission to file an amicus curiae brief in support of appellant is hereby granted. An answer thereto may be served and filed by any party within 20 days of the filing of the brief. |
| 06/12/2007 | Response to amicus curiae brief filed | to a.c brief of California Employment Law Council appellants Raymond Edwards II |
| 06/12/2007 | Response to amicus curiae brief filed | to a.c. brief of The Employers Group appellants Raymond Edward II |
| 04/30/2008 | Case ordered on calendar | to be argued on Tuesday, May 27, 2008, at 1:30 p.m., in San Francisco |
| 05/01/2008 | Filed letter from: | Wayne S. Flick, counsel for respondent Arthur Andersen, LLP, dated April 30, 2008, requesting continuance of oral argument to a later date. |
| 05/02/2008 | Argument rescheduled | The case has been moved from the late May calendar to the court's June calendar. It will now be argued on Wednesday, June 4, 2008, at 9:00 a.m., in Los Angeles. |

**Click here** to request automatic e-mail notifications about this case.

**EXHIBIT 2**

# CALIFORNIA APPELLATE COURTS
Case Information

| Supreme Court | **Supreme Court** | Change court |

Court data last updated: 05/07/2008 09:53 AM

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C
home

### Case Summary   Docket   Briefs
### Disposition   Parties and Attorneys   Lower Court

## Case Summary

**Supreme Court Case:** S147190

**Court of Appeal Case(s):** Second Appellate District, Div. 3
B178246

**Case Caption:** EDWARDS v. ARTHUR ANDERSEN, LLP

**Case Category:** Review - Civil Appeal

**Start Date:** 10/10/2006

**Case Status:** scheduled for argument

**Issues:** Petition for review after the Court of Appeal affirmed in part and reversed in part the judgment in a civil action. This case presents the following issues: (1) Is a non-competition agreement between an employer and an employee that prohibits the employee from performing services for former clients invalid under Business and Professions Code section 16600, unless it falls within the statutory or judicially-created trade secrets exceptions to the statute? (2) Does a contract provision releasing "any and all" claims the employee might have against the employer encompass non-waivable statutory protections, such as the employee indemnity protection of Labor Code section 2802?

**Case Citation:** none

*NOTE: The statement of the issues is intended simply to inform the public and the press of the general subject matter of the case. The description set out above does not necessarily reflect the view of the court, or define the specific issues that will be addressed by the court.*

## Cross Referenced Cases

S140841 RABY v. ARTHUR ANDERSEN LLP

S155066 ALLIANCE PAYMENT SYSTEMS v. WALCZER

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California