Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Carla A. Veltman (No. 223910)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067
Telephone:   (310) 734-3200
Facsimile:    (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com
Email : cveltman@steptoe.com

Attorneys for Plaintiff
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW<br><br>**STIPULATION TO CONTINUE JUNE 30, 2008 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>The Honorable James Ware<br><br>Date:       June 30, 2008<br>**Proposed New Date: July 28, 2008**<br>Time:       10:00 a.m.<br>Place:       Courtroom 8<br>                  4th Floor<br>                  280 South 1st Street<br>                  San Jose, CA 95113 |

---

**STIPULATION TO CONTINUE JUNE 30, 2008 FURTHER CASE MANAGEMENT CONFERENCE**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-186012 v.1

Pursuant to Local Rule 6-2, the parties, through their respective counsel of record, stipulate as follows:

WHEREAS on June 10, 2008, the Court issued an Amended Scheduling Order (Docket #46) which set a Further Case Management Conference on June 30, 2008, correcting a typo in the May 9, 2008 Scheduling Order (Docket #44) that set a Further Case Management Conference for June 30, 200**9** (emphasis added to show difference);

WHEREAS it would be difficult for counsel for Plaintiff as well as counsel for Defendants to attend a Further Case Management Conference on June 30, 2008 due to scheduling conflicts;

WHEREAS the parties are currently discussing the potential for mediating this matter in an effort to settle it without the need for further litigation;

WHEREAS counsel for the parties have represented that they are both available on July 28, 2008 for a Further Case Management Conference if the matter does not settle before then;

WHEREAS the parties have not previously requested a continuance of the Further Case Management Conference although, pursuant to Local Rule 6-2, the parties advise the Court that the following time modifications have occurred in the case:

Docket #13 (CV-04659): The September 13, 2007 reassignment of Case No. CV 07-04659 to the Honorable James Ware vacated all then scheduled hearings in the case;

Docket #20 (CV-04659): The September 13, 2007 notice of impending reassignment of Case No. CV 07-04659 vacated the January 2, 2008 Initial Case Management Conference;

Docket #18 (CV-04659): The September 14, 2007 Clerk's Notice reset the January 2, 2008 Initial Case Management Conference for January 7, 2008;

Docket #22 (CV-04659): The September 19, 2007 Clerk's Notice reset the hearing on the motion to dismiss complaint or transfer venue from October 22, 2007 to December 3, 2007;

Docket #29 (CV-04659): The November 28, 2007 Order Setting Case

1  Management Conference vacated the hearing set for December 3, 2007 and instead set a
2  Case Management Conference for December 3, 2007;
3      Docket #8 (CV-05897): The December 7, 2007 Related Case Order vacated
4  existing hearings in the case.
5      Docket #16 (CV-05897): The February 15, 2008 Clerk's Notice continued the
6  hearing on the motion for parties summary judgment from April 7, 2008 to April 14,
7  2008; and
8      Docket #18 (CV-05897): The March 11, 2008 Order on the parties' stipulation
9  continued the hearing on the motion for parties summary judgment from April 14, 2008
10 to April 28, 2008.
11     WHEREAS a continuance of the June 30, 2008 Further Case Management
12 Conference should not have any material effect on the schedule for the case;
13     THE PARTIES STIPULATE, subject to the Court's approval and calendar, that
14 the June 30, 2008 Further Case Management Conference be continued to July 28, 2008.
15     SO STIPULATED:
16 DATED: June 19, 2008           STEPTOE & JOHNSON LLP
17
18                                By   /s/ Rebecca Edelson
                                       REBECCA EDELSON
19                                     Attorneys for Plaintiff
                                       DEPUY ORTHOPAEDICS, INC.
20
21 DATED: June 19, 2008           DOWNEY BRAND LLP
22
23                                By   /s/ Tory E. Griffin
                                       TORY E. GRIFFIN
24                                     Attorneys for Defendants
                                       GAULT SOUTH BAY, INC. and ROBERT
25                                     GAULT
26
27
28