1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:    (310) 734-3200
   Facsimile:    (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JUNE 30, 2008 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>The Honorable James Ware<br><br>Date:     June 30, 2008<br>**Proposed New Date: July 28, 2008**<br>Time:     10:00 a.m.<br>Place:    Courtroom 8<br>          4th Floor<br>          280 South 1st Street<br>          San Jose, CA 95113 |

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN and PURSUANT TO STIPULATION;

IT IS SO ORDERED that the June 30, 2008 Further Case Management Conference is continued to July 28, 2008 and the deadline for related case management statement is continued until 10 court days before the new date for the Further Case Management Conference.

Date: _____, 2008  _____
                                                        Hon. James Ware
                                                        United States District Judge