1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:    (310) 734-3200
   Facsimile:    (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
8  DEPUY ORTHOPAEDICS, INC.,
   an Indiana corporation



IT IS SO ORDERED AS MODIFIED
Judge James Ware

10            UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION

14  IN RE GAULT SOUTH BAY          CASE NO. 5:07-cv-04659-JW
15  LITIGATION
                                   [~~PROPOSED~~] **ORDER RE
16                                 STIPULATION TO CONTINUE JUNE
                                   30, 2008 FURTHER CASE
17                                 MANAGEMENT CONFERENCE**

18                                 The Honorable James Ware

19                                 Date:    June 30, 2008
                                   **Proposed New Date: July 28, 2008**
20                                 Time:    10:00 a.m.
                                   Place:   Courtroom 8
21                                          4th Floor
                                            280 South 1st Street
22                                          San Jose, CA 95113

# [~~PROPOSED~~] ORDER

GOOD CAUSE HAVING BEEN SHOWN and PURSUANT TO STIPULATION;

IT IS SO ORDERED that the June 30, 2008 Further Case Management Conference is continued to **September 8, 2008 at 10 a.m.** to accommodate the parties' efforts in resolving this case without further litigation. On or before **August 29, 2008**, the parties shall file a Joint Case Management Statement informing the Court of their settlement efforts and whether the interim conference is necessary.

Date: _____June 23_____, 2008   _____/s/ James Ware_____

Hon. James Ware
United States District Judge

---

**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JUNE 30, 2008
FURTHER CASE MANAGEMENT CONFERENCE**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-186029 v.1