Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Carla A. Veltman (No. 223910)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:    (310) 734-3200
Facsimile:    (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com
Email : cveltman@steptoe.com

Attorneys for Plaintiff
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION TO CONTINUE JUNE 30, 2008 FURTHER CASE MANAGEMENT CONFERENCE** <br><br> The Honorable James Ware <br><br> Date:    June 30, 2008 <br> **Proposed New Date: July 28, 2008** <br> Time:    10:00 a.m. <br> Place:    Courtroom 8 <br>             4th Floor <br>             280 South 1st Street <br>             San Jose, CA 95113 |

# [~~PROPOS~~ED] ORDER

GOOD CAUSE HAVING BEEN SHOWN and PURSUANT TO STIPULATION;

IT IS SO ORDERED that the June 30, 2008 Further Case Management Conference is continued to **September 8, 2008 at 10 a.m.** to accommodate the parties' efforts in resolving this case without further litigation. On or before **August 29, 2008**, the parties shall file a Joint Case Management Statement informing the Court of their settlement efforts and whether the interim conference is necessary.

Date: _____June 23_____, 2008  _____*James Ware*_____
Hon. James Ware
United States District Judge

---

**[PROPOSED] ORDER RE STIPULATION TO CONTINUE JUNE 30, 2008
FURTHER CASE MANAGEMENT CONFERENCE**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-186029 v.1