Mark A. Neubauer (No. 73728)
Rebecca Edelson (No. 150464)
Carla A. Veltman (No. 223910)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone:    (310) 734-3200
Facsimile:     (310) 734-3300
Email: mneubauer@steptoe.com
Email: redelson@steptoe.com
Email : cveltman@steptoe.com

Attorneys for Plaintiff
DEPUY ORTHOPAEDICS, INC.,
an Indiana corporation

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW |
| | **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RULING BY CALIFORNIA SUPREME COURT AND REQUEST FOR FURTHER BRIEFING** |
| | The Honorable James Ware |

Plaintiff DePuy Orthopaedics, Inc. hereby responds to Defendants' *Notice of Ruling By The California Supreme Court in Case Related to Pending Motion for Partial Summary Judgment, and Notice of Concluded Mediation* by requesting leave of up to thirty days to file a further Memorandum of Points and Authorities on the impact of the Supreme Court's Ruling in Edwards II v. Arthur Anderson LLP, which was issued by the California Supreme Court just four days ago.  Leave is requested to brief what, if any, impact the decision has with respect to the pending Motion for Partial Summary Judgment.

Such leave is appropriate so that the Court can be fully informed in making its decision and the matter can be fully briefed.

1         Additionally, it is Plaintiff's understanding that the Mediation discussions before the

2    Honorable Richard E. Neville (Ret.) on August 6, 2008 are continuing telephonically through

3    Judge Neville.

4    DATED: August 11, 2008        STEPTOE & JOHNSON LLP

5                                    MARK A. NEUBAUER
                                REBECCA EDELSON

6                                    CARLA A. VELTMAN

7

8                                    By   /s/ Mark A. Neubauer

9                                          MARK A. NEUBAUER
                                Attorneys for Plaintiff

10                                   DEPUY ORTHOPAEDICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RULING BY CALIFORNIA SUPREME COURT AND
REQUEST FOR FURTHER BRIEFING
                                      CASE NO. 5:07-cv-04659-JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**PROOF OF SERVICE**
F.R.C.P. 5

2

3

I am a resident of, or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

4

5

On **August 11, 2008,** I served the following listed document(s), by method indicated below, on the parties in this action:

6

*SEE ATTACHED SERVICE LIST*

7

☐ **BY U.S. MAIL**
By placing true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per above, for collection and mailing at Steptoe & Johnson in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of document for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that upon motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after date of deposit for mailing contained in this affidavit.

8

9

10

11

12

13

☐ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per above, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.

14

15

16

17

☐ **BY PERSONAL SERVICE**
   ☐ By personally delivering the document(s) listed above to the offices to the addressee(s) as shown above.
   ☐ By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally delivery the envelope(s) to the offices at the address(as) set forth above. The signed proof of service by the registered process server is attached.

18

19

20

21

22

☐ **BY ELECTRONIC SERVICE (via electronic filing service provider)**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com pursuant to the Court's _____ Order mandating electronic service. *See* Cal. R. Ct. R. 2053, 2055, 2060. The transmission was reported as complete and without error.

☐ **BY ELECTRONIC SERVICE (to individual persons)**
By electronically transmitting the document(s) listed above to the email address(as) of the person(s) set forth above. The transmission was reported as complete and without error. *See* Rules of Court, rule 2060.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing.

23

24

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

25

    Executed on **August 11, 2008** at Los Angeles, California.

26

_____          _____
Type or Print Name                                              Signature

27

28

PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RULING BY CALIFORNIA SUPREME COURT AND REQUEST FOR FURTHER BRIEFING

CASE NO. 5:07-cv-04659-JW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

Tory E. Griffin
MEGHAN M. BAKER
DOWNEY BRAND LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100

Counsel for GAULT SOUTH BAY and BOB GAULT

**! ** ** ** !**

**NO PROOF OF SERVICE NECESSARY IF ALL RECIPIENTS ARE LISTED ON ECF ELECTRONIC SERVICE LIST REFERENCE PURPOSES ONLY**

**DELETE FULL PROOF OF SERVICE FROM FINAL DOCUMENT**

**! ** ** ** !**


**! ** ** ** !**

**SEE NEXT PAGE FOR SPECIFIC FILING INSTRUCTIONS**

3

1

## ECF Guide: USDC, Northern District of California

2    ECF Filing: https://ecf.cand.uscourts.gov/cgi-bin/login.pl
     **ECF Log in**
3    Login: neubauerma77 / Password: kiru76pa
     Log in: edelson22bb / Password: fuwi86si
4    Log in: veltmanca22 / Password: vuva$9ry

5
     All previously filed documents (paper filed to start case) shall be submitted in electronic form (pdf
6    format) within 10 days. Follow-up documents should be emailed and not e-filed to Judge Ware at
     JWpdf@cand.uscourts.gov
7
     Deadlines:
8    Prior to midnight is considered filed that same day unless there is specific time of day set by the court

9    Document Format
     Documents filed electronically must be submitted in the PDF format. Documents which the filer has in
10   an electronic format must be converted to PDF from the word processing original, not scanned, to permit
     text searches and to facilitate transmission and retrieval. Only documents of which the filer possesses
11   only a paper copy may be scanned to convert them to PDF format.

12
     Filing large scanned exhibits: If paper copies of exhibits must be scanned to pdf rather than scanned
13   straight from the word processing software they must not exceed the document limit 3.0MB. The court
     does allow you to efile your documents in sections, as long as they are identified in the ECF system when
14   you efile them. You may label them something like, Exhibit A, Part 1 of 3, Exhibit A, Part 2 of 3, etc.
     You may efile your exhibits as separate filings, as long as you relate the filings to the document they are
15   attached to: Example (Declaration with many exhibits): Efile your Declaration all by itself, and relate it
     to the Motion it supports. When complete, click on Civil=>Other Supporting Documents=>Exhibits
16   Efile the exhibits (in groups of 5-10) and relate them to the declaration (not to the Motion the Declaration
     supports). Repeat this until all your exhibits are efiled. Lastly, if all else fails, you may use the Manual
17   Filing Notification process and not efile the actual documents, just file in paper.

18
     **Mandatory** Courtesy Copies:
19   The parties are required to lodge for chambers no later than noon on the business day following the day
     efiled, one paper copy of each document that is filed electronically. Printed copies shall be marked:
20   "Judge James Ware, Case No. 5:07-cv-04659-JW, Chambers Copy Do Not File" and delivered to the
     Clerk's Office (via *fedex priority overnight or email to Jayvee at First Legal in Sans Jose, Direct Dial:*
21   *(408) 287-9711, firstlegalsj@firstlegalsupport.com for delivery by First Legal local ofc in San Jose)*

22   USDC, Northern District of California
     Attn.: Clerk's Office
23   The Hon. James Ware, Courtroom 8
     280 South 1st Street, Room 2112
24   San Jose, CA 95113 / Phone: 408-535-5363

25
     Proposed orders: Efile in pdf format and email to Judge in word processing format:
26   JWpo@cand.uscourts.gov Re Case No. 5:07-CV-04659-JW "Document Title"

27   Anything "Under Seal" is not filed electronically.
     Do NOT e-file Ex Parte communications.
28   ECF NO. DIST. HELP DESK: (866) 638-7829 or email to: ecfhelpdesk@cand.uscourts.gov