DOWNEY BRAND LLP
TORY E. GRIFFIN (Bar No. 186181)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com
tgriffin@downeybrand.com

Attorneys for Defendants GAULT SOUTH BAY,
INC. and ROBERT GAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GAULT SOUTH BAY LITIGATION

Case No. C:07-cv-04659-JW

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF RULING BY THE CALIFORNIA SUPREME COURT IN CASE RELATED TO PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT, AND NOTICE OF CONCLUDED MEDIATION**

Date: April 28, 2008
Time: 9:00 a.m.

Given that the relevant portion of the California Supreme Court's recent decision in *Edwards II v. Arthur Anderson LLP*, -- Cal.Rptr.3d --, 2008 WL 3083156 (August 7, 2008) is clear and its application to the pending motion for partial summary judgment is very straightforward, Defendants Gault South Bay and Robert Gault ("Defendants") do not believe that the supplemental briefing requested by Plaintiff DePuy Orthopaedics, Inc. ("Plaintiff") is necessary. Defendants are nevertheless prepared to submit supplemental briefing if requested by the court.

If the court requests supplemental briefing, Defendants object to Plaintiff's request for thirty (30) days to submit such supplemental briefing. Given that the motion for partial summary judgment has been pending since April 28, 2008, Defendants request that any supplemental

1  briefing requested be due within ten (10) days, that such supplemental briefs be presented
2  simultaneously by the parties, and that such supplemental briefs be limited to the narrow issue of
3  how the California Supreme Court's decision in *Edwards* affects the pending motion for partial
4  summary judgment.
5       Moreover, Defendants believe that the threshold legal issue pending before the court in
6  the motion for partial summary judgment must be resolved before any further, meaningful
7  settlement discussions may be had, either through Judge Neville or otherwise.  For this additional
8  reason, Defendants object to Plaintiff's request for an additional thirty (30) days to submit
9  supplemental briefing, as such a timeframe would unnecessarily delay this litigation even further.

DATED:  August 12, 2008            DOWNEY BRAND LLP

                                                   By: _____/s/ Tory E. Griffin_____
                                                       TORY E. GRIFFIN
                                                       Attorney for Defendants
                                                       GAULT SOUTH BAY, INC. and ROBERT
                                                       GAULT