1 | Mark A. Neubauer (No. 73728)
2 | Rebecca Edelson (No. 150464)
  | Carla A. Veltman (No. 223910)
3 | Steptoe & Johnson LLP
  | 2121 Avenue of the Stars, Suite 2800
4 | Los Angeles, CA  90067
  | Telephone:    (310) 734-3200
5 | Facsimile:    (310) 734-3300
  | Email: mneubauer@steptoe.com
6 | Email: redelson@steptoe.com
  | Email : cveltman@steptoe.com
7 |
  | Attorneys for Plaintiff
8 | DEPUY ORTHOPAEDICS, INC.,
  | an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW |
|---|---|
| | JOINT CASE MANAGEMENT STATEMENT |
| | The Honorable James Ware |
| | Date: September 8, 2008 |
| | Time: 10:00 am |
| | Place: Courtroom 8 |
| | 4th Floor |
| | 280 South 1st Street |
| | San Jose, CA 95113 |

**JOINT CASE MANAGEMENT STATEMENT**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-190325 v.1

1  Pursuant to the Court's June 23, 2008 Order (Docket # 48), the parties submit this Joint
2  Case Management Statement informing the Court of their settlement efforts and whether an
3  interim conference before the September 8, 2008 Further Case Management Conference is
4  necessary.

  On August 6, 2008, the parties participated in a JAMS mediation in Chicago, Illinois, the
Hon. Richard Neville presiding as mediator.  Although that mediation did not result in a
settlement, the parties continued to engage in settlement discussions off and on after the
mediation, including some discussions earlier this week, but no settlement has been reached.

///

///

///

///

///

///

///

///

///

///

///

///

1
**JOINT CASE MANAGEMENT STATEMENT**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-190325 v.1

1  The parties do not believe an interim Further Case Management Conference is necessary.
2  A Scheduling Order is in place (see Docket # 46). It provides:

3      Close of All Discovery:                      April 27, 2009

4      Last Date for Hearing Dispositive Motions:  July 6, 2009
5
6      Preliminary Pretrial Conference:            March 23, 2009

7      Preliminary Pretrial Conference Statements: March 13, 2009.

8
9
10                       Respectfully submitted:

11
12 DATED: August 29, 2008        STEPTOE & JOHNSON LLP

13                                    MARK A. NEUBAUER
                                   REBECCA EDELSON
14                                    CARLA A. VELTMAN

15
16                               By  /s/ Rebecca Edelson
                                   REBECCA EDELSON
17                                Attorneys for Plaintiff
                               DEPUY ORTHOPAEDICS, INC.
18
19 DATED: August 29, 2008        DOWNEY BRAND LLP

20
21                               By  /s/ Tory E. Griffin
                                   TORY E. GRIFFIN
22                                Attorneys for Defendants
                               GAULT SOUTH BAY, INC. and ROBERT GAULT
23
24
25
26
27
28