

1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA 90067
4  Telephone:   (310) 734-3200
   Facsimile:   (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13

14 | IN RE GAULT SOUTH BAY           CASE NO. 5:07-cv-04659-JW
   | LITIGATION
15 |                                 JOINT CASE MANAGEMENT STATEMENT

16 |                                 **ORDER VACATING INTERIM CASE
   |                                 MANAGEMENT CONFERENCE**
17 |

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the Court's June 23, 2008 Order (Docket # 48), the parties submit this Joint
2  Case Management Statement informing the Court of their settlement efforts and whether an
3  interim conference before the September 8, 2008 Further Case Management Conference is
4  necessary.
5
6  On August 6, 2008, the parties participated in a JAMS mediation in Chicago, Illinois, the
7  Hon. Richard Neville presiding as mediator. Although that mediation did not result in a
8  settlement, the parties continued to engage in settlement discussions off and on after the
9  mediation, including some discussions earlier this week, but no settlement has been reached.

10  ///
11  ///
12  ///
13  ///
14  ///
15
16  ///
17  ///
18
19  ///
20
21  ///
22  ///
23
24  ///
25  ///
26
27  ///
28  ///

The parties do not believe an interim Further Case Management Conference is necessary. A Scheduling Order is in place (see Docket # 46). It provides:

    Close of All Discovery:    April 27, 2009

    Last Date for Hearing Dispositive Motions: July 6, 2009

    Preliminary Pretrial Conference:    March 23, 2009

    Preliminary Pretrial Conference Statements: March 13, 2009.

    Respectfully submitted:

DATED: August 29, 2008    STEPTOE & JOHNSON LLP
    MARK A. NEUBAUER
    REBECCA EDELSON
    CARLA A. VELTMAN

    By  /s/ Rebecca Edelson
       REBECCA EDELSON
    Attorneys for Plaintiff
    DEPUY ORTHOPAEDICS, INC.

DATED: August 29, 2008    DOWNEY BRAND LLP

    By  /s/ Tory E. Griffin
       TORY E. GRIFFIN
    Attorneys for Defendants
    GAULT SOUTH BAY, INC. and ROBERT GAULT

**\*\*\* ORDER \*\*\***

In light of the parties' representations, the Court VACATES the Interim Case Management Conference presently scheduled for September 8, 2008. The Court encourages the parties to continue their settlement efforts. The parties shall appear for the Preliminary Pretrial Conference on **March 23, 2009 at 11 a.m.** as previously set by the Court's Scheduling Order.

Dated: September 4, 2008

JAMES WARE
United States District Judge