*IT IS SO ORDERED*
*Judge James Ware*

1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:     (310) 734-3200
   Facsimile:      (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13

14  IN RE GAULT SOUTH BAY                 CASE NO. 5:07-cv-04659-JW
    LITIGATION
15                                        JOINT CASE MANAGEMENT STATEMENT

16                                        **ORDER VACATING INTERIM CASE
                                          MANAGEMENT CONFERENCE**
17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT CASE MANAGEMENT STATEMENT**
                                                      CASE NO. 5:07-cv-04659-JW
                                                      Doc. # CC-190325 v.1

1  Pursuant to the Court's June 23, 2008 Order (Docket # 48), the parties submit this Joint
2  Case Management Statement informing the Court of their settlement efforts and whether an
3  interim conference before the September 8, 2008 Further Case Management Conference is
4  necessary.

   On August 6, 2008, the parties participated in a JAMS mediation in Chicago, Illinois, the
Hon. Richard Neville presiding as mediator.  Although that mediation did not result in a
settlement, the parties continued to engage in settlement discussions off and on after the
mediation, including some discussions earlier this week, but no settlement has been reached.

///

///

///

///

///

///

///

///

///

///

///

///

///

1
**JOINT CASE MANAGEMENT STATEMENT**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-190325 v.1

1     The parties do not believe an interim Further Case Management Conference is necessary. A Scheduling Order is in place (see Docket # 46). It provides:

    Close of All Discovery:                     April 27, 2009

    Last Date for Hearing Dispositive Motions:  July 6, 2009

    Preliminary Pretrial Conference:           March 23, 2009

    Preliminary Pretrial Conference Statements: March 13, 2009.

Respectfully submitted:

DATED: August 29, 2008        STEPTOE & JOHNSON LLP

                                MARK A. NEUBAUER
                                REBECCA EDELSON
                                CARLA A. VELTMAN

                                By  /s/ Rebecca Edelson
                                    REBECCA EDELSON
                                Attorneys for Plaintiff
                                DEPUY ORTHOPAEDICS, INC.

DATED: August 29, 2008        DOWNEY BRAND LLP

                                By  /s/ Tory E. Griffin
                                    TORY E. GRIFFIN
                                Attorneys for Defendants
                                GAULT SOUTH BAY, INC. and ROBERT GAULT

**\*\*\* ORDER \*\*\***

In light of the parties' representations, the Court VACATES the Interim Case Management Conference presently scheduled for September 8, 2008. The Court encourages the parties to continue their settlement efforts. The parties shall appear for the Preliminary Pretrial Conference on **March 23, 2009 at 11 a.m.** as previously set by the Court's Scheduling Order.

Dated: September 4, 2008

                                JAMES WARE
                                United States District Judge