IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Gault South Bay Litigation | NO. C 07-04659 JW |
| | **ORDER VACATE PRELIMINARY PRETRIAL CONFERENCE; SETTING STATUS CONFERENCE RE: SETTLEMENT** |

On March 23, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. In advance of the Conference, the parties filed a Stipulation re Settlement. (Docket Item No. 56.) In light of the parties' representation that they have reached a settlement in principle, the Court finds good cause to vacate all pretrial and trial dates. The Court sets a Status Conference Re: Settlement for **April 27, 2009 at 10:00 a.m.** On or before **April 17, 2009**, the parties shall file a Joint Status Report, in which the parties shall update the Court on their progress toward finalizing settlement.

Dated: March 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald P. Gagliardi dgagliardi@be-law.com
Mark A. Neubauer mneubauer@steptoe.com
Rebecca Edelson bedelson@steptoe.com
Tory Edward Griffin tgriffin@downeybrand.com

**Dated:  March 18, 2009**                                      **Richard W. Wieking, Clerk**

                                                               **By:       /s/ JW Chambers
                                                                      Elizabeth Garcia
                                                                      Courtroom Deputy**