1  Mark A. Neubauer (No. 73728)
   Rebecca Edelson (No. 150464)
2  Carla A. Veltman (No. 223910)
   Steptoe & Johnson LLP
3  2121 Avenue of the Stars, Suite 2800
   Los Angeles, CA  90067
4  Telephone:   (310) 734-3200
   Facsimile:    (310) 734-3300
5  Email: mneubauer@steptoe.com
   Email: redelson@steptoe.com
6  Email : cveltman@steptoe.com

7  Attorneys for Plaintiff
   DEPUY ORTHOPAEDICS, INC.,
8  an Indiana corporation

9  Downey Brand LLP
   Tory E. Griffin
10 621 Capitol Mall, Eighteenth Floor
   Sacramento, CA 95814
11 Telephone:  (916) 444-1000
   Facsimile:  (916) 444-2100
12 Email:  tgriffin@downeybrand.com

13
   Attorneys for Defendants
14 GAULT SOUTH BAY, INC. and ROBERT
   GAULT
15

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GAULT SOUTH BAY LITIGATION | CASE NO. 5:07-cv-04659-JW<br><br>STIPULATION OF DISMISSAL OF CONSOLIDATED ACTION<br><br>The Honorable James Ware |

---

**STIPULATION OF DISMISSAL OF CONSOLIDATED ACTION**
CASE NO. 5:07-cv-04659-JW
Doc. # CC-203228 v.1

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
2  parties, by and through their respective attorneys of record, hereby stipulate to the
3  dismissal with prejudice of this entire consolidated action, each party to bear its or
4  his own costs and attorneys' fees.

                        Respectfully submitted:

DATED: April 13, 2009      STEPTOE & JOHNSON LLP

                        MARK A. NEUBAUER
                        REBECCA EDELSON
                        CARLA A. VELTMAN

                        By   /s/ Rebecca Edelson
                            REBECCA EDELSON
                        Attorneys for Plaintiff
                        DEPUY ORTHOPAEDICS, INC.

DATED: April 13, 2009      DOWNEY BRAND LLP

                        By   /s/ Tory E. Griffin
                            TORY E. GRIFFIN
                        Attorneys for Defendants
                        GAULT SOUTH BAY, INC. and ROBERT
                        GAULT

**\*\*\* ORDER \*\*\***

    The Clerk shall close both actions.

Dated: April 22, 2009            _____
                                  JAMES WARE
                                  United States District Judge